# DECLARATION OF GRACE E. PARASMO

I, Grace E. Parasmo, hereby declare on oath as follows:

1. I am an attorney licensed to practice law in the state of California. I am over the age of 18 years and I have personal knowledge of the matters attested to herein, except for those matters attested to on information and belief. If called upon to testify, I would and could competently do so.

2. I make this declaration pursuant to California Civil Code section 1780(d) on behalf of my clients, Plaintiffs Nick King Jr., Deena Fischer, and Elena Weinberger, on behalf of themselves and all others similarly situated.

3. Upon information and belief, Defendant Bumble Trading, Inc. is a Delaware corporation and has a principal place of business at 5301 Spring Valley Road, Suite 200, Dallas, Texas, 75254, and is doing business in California.

4. Upon information and belief, Defendant Bumble Holding, Ltd. is a limited company incorporated in the United Kingdom with a principal place of business at The Broadgate Tower Third Floor, 20 Primrose Street, London, United Kingdom, EC2A 2RS and is doing business in the state of California.

5. The transaction or a substantial portion of the transaction occurred in Santa Clara County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 13the day of November 2018 at Los Angeles, California.

By:/s/ Grace E. Parasmo<br>
Grace E. Parasmo<br>
One of the Attorneys for Plaintiffs