# Exhibit B

From: **Bumble** <noreply@bumble.com>
Date: Thu, Sep 6, 2018 at 5:00 PM
Subject: ❤ Your Bumble Boost membership has been activated
To:



# Bumble Boost



## Congratulations!

You're now a member of Bumble Boost!
You've unlocked the following features:

**The Beeline**
**Re-Matching Expired Matches**
**Unlimited Extends**

Check Out Boost Now



Copyright © 2016 Bumble All rights reserved.
Feedback? support@team.bumble.com

You're receiving this news update because you signed up for the app.
If you've changed your mind, just unsubscribe

Bumble Trading Inc is a company registered in the United States under CRN 5600774 with its registered office at 1209 Orange Street, Wilmington, Delaware, 19801