Case 5:18-cv-06868-NC   Document 105   Filed 06/12

FILED

Jun 12 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendants
Bumble Trading, Inc. and Bumble Holding Ltd.

David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (646) 509-3913
Facsimile: (877) 501-3346

Attorneys for Plaintiffs Nick King, Jr., Deena Fischer, and Elena Weinberger, individually, and on behalf of a class of similarly situated individuals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, and ELENA WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE TRADING, INC., and BUMBLE HOLDING, LTD.,<br><br>Defendants. | Case No.  5:18-cv-06868-NC<br><br>**STIPULATED REQUEST AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: November 13, 2018<br><br>Hon. Nathanael M. Cousins |

Pursuant to Civil Local Rule 6-2, Plaintiffs Nick King Jr., Deena Fischer, and Elena Weinberger ("Plaintiffs") and Defendants Bumble Trading Inc. and Bumble Holding Ltd. ("Bumble") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS a case management conference is scheduled for June 24, 2020;

WHEREAS on April 27, 2020, the Parties advised the Court that they expected to file a motion for preliminary approval of class settlement by June 15, 2020;

WHEREAS on May 4, 2020, the Court granted that request;

WHEREAS since the Court granted the request regarding the motion for preliminary approval, the Parties have been working diligently to meet that deadline;

WHEREAS Bumble's engineers have been analyzing and compiling complex and voluminous data necessary to determine class membership for settlement purposes and to effect notice;

WHEREAS the Parties are waiting on revised bids from settlement administrators to reflect additional data Bumble's engineers have been able to locate;

WHEREAS the Parties have exchanged multiple drafts of the settlement agreement, have participated in multiple conference calls and exchanged voluminous correspondence, are close to agreement on specific language on the few remaining issues to be resolved, and are close to finalizing notices and claim forms;

WHEREAS the Parties need more time to analyze certain information necessary to implement the settlement and to seek their client's approval on final language in the settlement agreement;

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, Plaintiffs' deadline to seek preliminary approval of the class settlement is extended by one week to June 22, 2020.

| | | |
|---|---|---|
| Dated: June 10, 2020 | | COOLEY LLP |

*/s/ Kyle C. Wong*
Kyle C. Wong (224021)

Attorneys for Defendants
Bumble Trading, Inc. and Bumble Holding Ltd.

Dated: June 10, 2020        PARISI & HAVENS LLP

*/s/ David C. Parisi*
David C. Parisi (162248)

Attorneys for Plaintiffs

Dated: June 10, 2020        PARASMO LIEBERMAN LAW

*/s/ Grace E. Parasmo*
Grace E. Parasmo (308993)

Attorneys for Plaintiffs

## **ATTESTATION**

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Kyle C. Wong hereby attests that concurrence in the filing of this document has been obtained.*

Dated: June 10, 2020        COOLEY LLP

*/s/ Kyle C. Wong*
Kyle C. Wong (224021)

Attorneys for Defendants
Bumble Trading, Inc. and Bumble Holding Ltd.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 12, 2020

_____
The Honorable Nathanael M. Cousins
United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins

227685929