David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (646) 509-3913
Facsimile: (877) 501-3346

Attorneys for Plaintiffs Nick King, Jr.,
Deena Fischer, and Elena Weinberger,
individually, and on behalf of a
class of similarly situated individuals

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, and ELENA WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE TRADING, INC., and BUMBLE HOLDING LTD.,<br><br>Defendants. | Case No.  5:18-cv-06868-NC<br><br>[Proposed] **ORDER RE ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Date:**         July 15, 2020<br>**Time:**         1:00 p.m.<br>**Courtroom:**  5<br>**Judge:**        Nathanael Cousins<br>**Trial Set:**     Not Yet<br>**Complaint Filed:** November 13, 2018 |

Having considered Plaintiffs' Administrative Motion to File Portions of Motion for Preliminary Approval and Supporting Documents Under Seal Pursuant to Local Rule 79-5, and good cause appearing by the Designating Party as required by Civil L.R. 79-5(e), Plaintiffs' Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following documents shall remain sealed in accordance with Local Rule 79-5:

| Document Name | Portion(s) Sealed or Entirety Sealed |
|---|---|
| Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement | Page 7, Lines 12-13<br>Page 15, Lines 19-21<br>Page 16, Lines 2-3, 20-21 |
| Declaration of David C. Parisi in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | Page 3, Line 11<br>Page 4, Lines 21-22<br>Page 5, Lines 6-7 |

IT IS SO ORDERED.

Dated:  July 15, 2020



Hon. Nathanael M. Cousins
United States Magistrate Judge