DocuSign Envelope ID: 8ED07DF1-D81D-420F-A045-F07B85BEA6D0

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

Attorneys for Plaintiffs Nick King, Jr.,
Deena Fischer, and Elena Weinberger,
individually, and on behalf of a class of
similarly situated individuals

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, ELENA WEINBERGER, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BUMBLE TRADING, INC. AND BUMBLE HOLDING LTD., <br><br> Defendants. | Case No. 5:18-cv-06868-NC <br><br> Hon. Nathanael Cousins <br><br> **DECLARATION OF DEENA FISCHER** |

I, Deena Fischer, state and declare as follows:

1. I am over the age of 18 years. I am a named plaintiff in the lawsuit entitled *King, et al. v. Bumble Trading, Inc., et al.*, No. 5:18-cv-06868-NC. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. I am an entrepreneur and owner of a real estate business. In October 2018, I purchased a 6-month Bumble Boost subscription. After my purchase, I began to experience technical issues with the Bumble app that prevented me from using the premium dating service in a meaningful way. I informed Bumble of the technical issues, but Bumble did not fix them nor did it respond to me with an actual human, nor offer a phone number to call. I made countless attempts emailing Bumble's bots (the only option) to remedy the technical issues, during which time I found out by Googling that numerous Bumble customers were having the same issues. Consequently, I cancelled my subscription and demanded a full refund.

3. Bumble responded that "I'm sorry to hear that you would like to cancel your purchase. According to the terms and conditions, which were presented on payment, any purchases on the Bumble mobile application are non-refundable."

4. I then searched for and found my attorneys. I brought this case because I believed that Bumble's business practices were fraudulent and unfair. I did this even though I knew that being a class representative would be a substantial time commitment and would put my private experience using a dating app on public display.

5. Despite having to meet the time demands of running my own business, I chose to be a named plaintiff and a potential class representative and devoted significant time to this case. I worked with my attorneys in the initial investigation by providing documents, answering all questions they had, and I reviewed and approved drafts of all four complaints.

6. I have remained in regular contact with my attorneys from their initial investigation of my case through the settlement approval process. I was involved in legal and strategic decisions with my attorneys as to whether and how to proceed after my initial claims under California law were dismissed. I participated in many lengthy phone calls with my

1  attorneys.  I timely responded to numerous requests for information and I reviewed and signed
2  documents required of me.   I worked with my attorneys to answer written discovery requests. I
3  also searched for relevant and responsive case documents and provided this information to my
4  attorneys. I made myself available to participate in the mediation and I stayed in close contact
5  with my attorneys throughout the case.  I provided dates for my deposition and followed-up on
6  the case status.

7.  Prior to the final settlement and during the negotiation process, I reviewed the proposed settlement terms and contributed my thoughts to certain provisions. I believe the settlement amount is substantial and the changed practices are meaningful and therefore represent an excellent result for class members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated on ___10/8/2020___, at ___San Diego___, California
(city)

_____
DocuSigned by:
1C9D1085DD9C431...
Deena Fischer

Declaration of Deena Fischer                                  3