IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, and ELENA WEINBERGER, Individually and on Behalf of and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE TRADING, INC., and BUMBLE HOLDING LTD.,<br><br>Defendants. | Case No. 5:18-cv-06868-NC |

**PRELIMINARY DECLARATION OF JENNIFER M. KEOUGH**

**REGARDING NOTICE AND CLAIMS ADMINISTRATION**

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am the Chief Executive Officer ("CEO") of JND Legal Administration ("JND"). I have more than 20 years of legal experience creating and supervising notice and claims administration programs and have personally overseen over 1,000 matters.

2. As CEO of JND, I am involved in all facets of JND's operations, including monitoring the implementation of our notice and claims administration programs.

3. The following statements are based on my personal knowledge and information provided to me by counsel and experienced JND employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

4. I submit this Preliminary Declaration at the request of Class Counsel[1] and a more detailed Declaration will be submitted by December 9, 2020, as required by the Settlement Agreement.

**CAFA NOTICE**

5. On July 2, 2020, JND provided notice to 52 governmental agencies complying with CAFA. No state Attorney General or Federal official has objected to the Settlement or raised any concerns about its validity.

**SETTLEMENT CLASS MEMBER NOTICE**

6. Counsel provided JND with a class list of ▓▓▓▓ accounts. JND analyzed the class list and rolled-up accounts where name, email address, and phone number were all identical. This roll-up was done in order to prevent multiple notices being sent to the same Settlement Class Member, to the extent possible, and resulted in a list of ▓▓▓▓ Settlement Class Members. Settlement Class Members who file a valid claim will be paid on each of their accounts, even if their accounts were rolled up for notice purposes.

7. Commencing on September 14, 2020, JND sent Email Notice to all ▓▓▓▓ Settlement Class Members. Of these, ▓▓▓▓ Email Notices were successfully delivered. JND sent Reminder Email Notices on October 23 and November 9 to Settlement Class Members whose Email Notices were delivered, and who had not filed a claim, excluded themselves, or unsubscribed from the email campaign.

8. For the undeliverable Email Notices, JND used an advanced address search to identify updated mailing and/or email addresses. Name, phone number, date associated with acquisition of the phone number and/or ZIP code were utilized. Through this reverse look-up process, JND obtained additional email addresses for ▓▓▓▓ Settlement Class Members and ▓▓▓▓ additional Email Notices were successfully delivered. In addition, ▓▓▓▓ Mailed Notices were mailed to

---

[1] Capitalized terms that are not defined herein shall have the meanings ascribed to them in the Settlement Agreement and/or my Declaration Regarding Proposed Notice Program, dated June 23, 2020.

1  Settlement Class Members whose Email Notices were undeliverable; of these, ▓▓▓▓ Mailed
2  Notices were delivered.

3      9.    As a result of the above, approximately ▓▓▓▓ Settlement Class Members,
4  equating to 81 percent of the Settlement Classes, received direct notice via Email Notice or Mailed
5  Notice.

6      10.    Direct notice was supplemented with a press release, which was published on July 18,
7  2020 by GlobeNewswire. The press release received 100 full-text placements and 72 headline-only
8  placements.

9  **COMMUNICATIONS**

10      11.    JND created and maintained a website dedicated to the Settlement,
11  www.BumbleBoostSettlement.com. The Email Notice and the Mailed Notice provided the address
12  for the Settlement website. The Settlement website provided, among other information: answers to
13  frequently asked questions; links to the Long Form Notice and other important case documents; the
14  date, time, and place of the Final Approval Hearing; contact information for Class Counsel; and
15  information regarding how to access the case docket via PACER or in person at any of the Court's
16  locations. To date, there have been over 484,000 unique visitors to the Settlement website.

17      12.    On October 9, 2020, JND posted Plaintiffs' Notice of Motion and Motion for
18  Attorneys' Fees and Costs and Class Representatives' Service Awards on the Settlement Website.

19      13.    JND established a toll-free telephone number for Settlement Class Members to call
20  with questions, 1-888-383-0346. To date, JND has received over 2,400 calls.

21      14.    JND established an email address for Settlement Class Members to email with
22  questions, info@BumbleBoostSettlement.com. To date, JND has received over 4,000 emails.

23  **OBJECTION**

24      15.    JND is aware of one objection filed by Jon Sourbeer. Mr. Sourbeer is a member of the
25  DSL Settlement Class. JND sent him a Nationwide Email Notice and two reminder notices. All three
26  of these notices were delivered and opened. Each of these notices contained a paragraph with both

1  the estimated recovery for DSL Settlement Class Members (between $21 and $44) as well as the
2  amount requested in fees, costs, and service awards.

3  **EXCLUSION REQUESTS**

4  16.   JND received 889 valid and timely requests for exclusion from the Settlement Classes.

5  **CLAIMS RECEIVED**

6  17.   Over ▮▮▮▮▮ timely claims were submitted by DSL Settlement Class members. ARL
7  Settlement Class members submitted over ▮▮▮▮▮ claims.

8  18.   The claims rate for the DSL Settlement Class is approximately 5.5%. The claims rate
9  for the ARL Settlement Class is approximately 8.2%.

10 I declare under penalty of perjury under the laws of the State of California that the foregoing
11 is true and correct.

12 Executed on December 2, 2020 at Seattle, Washington.

*[signature: Jennifer M. Keough]*

Jennifer M. Keough