1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

13

NICK KING, JR., DEENA FISCHER, and
ELENA WEINBERGER, Individually and on
Behalf of All Others Similarly Situated,

14

15

Plaintiffs,

16

v.

17

BUMBLE TRADING, INC., and BUMBLE
HOLDING LTD.,

18

19

Defendants.

**Case No.  5:18-cv-06868-NC**

**[Proposed] JUDGMENT**

**Courtroom:**       5
**Judge:**              Nathanael Cousins
**Trial Set:**          Not Yet
**Complaint Filed:** November 13, 2018

20
21
22
23
24
25
26
27
28

Pursuant to the Order Granting Final Approval of Class Action Settlement ("Final Approval Order") and Order Granting Plaintiffs' Motion for (1) Award of Attorneys' Fees, (2) Reimbursement of Expenses, and (3) Service Awards ("Fees Order"), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings and holdings of, the Final Approval Order, Fees and Service Award Order, and the Parties' Class Action Settlement Agreement ("Settlement Agreement") (Dkt. No. 108-1, Ex. 1).

2. Capitalized terms not defined herein shall have the meanings set forth in the Settlement Agreement.

3. The Court adjudges that upon the Effective Date, Plaintiffs and members of the ARL Settlement Class – except those listed on Exhibit A hereto – have released, forever discharged, and will not in any manner pursue this Action, and will be forever barred from asserting, instituting, or maintaining against the Releasees, any and all ARL Released Claims (as defined by the Settlement Agreement, § 1.40).

4. The Court adjudges that upon the Effective Date, Plaintiffs and members of the DSL Settlement Class —except those listed on Exhibit A hereto—have released, forever discharged, and will not in any manner pursue this Action, and will be forever barred from asserting, instituting, or maintaining against the Releasees, any and all DSL Released Claims (as defined by the Settlement Agreement, § 1.41).

5. Without affecting the finality of this Judgment in any way, the Court shall retain continuing jurisdiction of all matters relating to the interpretation, administration, implementation, and enforcement of the Settlement Agreement.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED:_____          _____
                                 Nathanael Cousins
                                 United States District Court Magistrate Judge

[Proposed] Judgment

# Exhibit A



***King et al. v. Bumble Trading, Inc. et al.***

USDC Northern District of California, Case No. 5:18-cv-06868-NC

**Timely and Valid Opt-Outs**

| | Name | City | State or Country |
|---|---|---|---|
| 1 | Abad, Asia Ashley | Charleston | SC |
| 2 | Abuammar, Ibaa | Marina Del Rey | CA |
| 3 | Acevedo, Kathya | Tamarac | FL |
| 4 | Aceves, Eric B | Parker | CO |
| 5 | Adames, Johanny | Washington | DC |
| 6 | Adams, Brett | Rochester | NY |
| 7 | Adkins, Hunter | Oregonia | OH |
| 8 | Adsitt, Dawn Maureen | Endicott | WA |
| 9 | Aejaz, Eyhab | Auburndale | MA |
| 10 | Aggarwal, Sukriti | San Francisco | CA |
| 11 | Agustin, Manuel | Los Angeles | CA |
| 12 | Ahn, Sarah | Brooklyn | NY |
| 13 | Ajemian, Leanne | Walpole | MA |
| 14 | Akbarian, Esfandiar | Concord | CA |
| 15 | Akhterov, Stephen | Chino Hills | CA |
| 16 | Alalou, Gaeth | Yuma | AZ |
| 17 | Alexander, Ian | Broomfield | CO |
| 18 | Ali, Yasmine | Arlington | VA |
| 19 | AlRabadi, Leina | San Francisco | CA |
| 20 | Alvarado, Samantha | Oxnard | CA |
| 21 | Alvardo, Gabrielle | Houston | TX |
| 22 | Alvarez, Avondre B | Chula Vista | CA |
| 23 | Ameiche, Reem | Canton | MI |
| 24 | Anders, Meaganne R | Colchester | VT |
| 25 | Anderson, Andrew W | Stamford | CT |
| 26 | Anderson-Whitney, Christopher | Arlington | VA |
| 27 | Andrade, Alejandro | Rowland Heights | CA |
| 28 | Andrade, Erika | Cudahy | CA |
| 29 | Andriano, Joseph | Stamford | CT |
| 30 | Angelo, Michael | Royal Oak | MI |
| 31 | Arcaro, Hayley | Palm Springs | CA |
| 32 | Arellanes, Rose | Alamogordo | NM |
| 33 | Arndt, Adell | Sparta | MI |
| 34 | Arredondo, Jesse | Santa Ana | CA |
| 35 | Ashary, Abeeha | Henderson | NV |
| 36 | Ashiru, Malik | Brooklyn | NY |

| | Name | City | State or Country |
|---|---|---|---|
| 37 | Averett, Mark | Lawrenceville | GA |
| 38 | Babington, Katherine | Seattle | WA |
| 39 | Bachara, Mark | Southport | NC |
| 40 | Bacino, Kristen | Glendale | NY |
| 41 | Baez, Andres | Montclair | CA |
| 42 | Baggett, Airel | Pine Bluff | AR |
| 43 | Bahniuk, Viktoryia | San Bruno | CA |
| 44 | Baker, Tay | Peoria | AZ |
| 45 | Baldwin, Toni | Acworth | GA |
| 46 | Bankhead, Alexis | Silver Spring | MD |
| 47 | Barbour, April | Chadds Ford | PA |
| 48 | Barca, Joshua | West New York | NJ |
| 49 | Barit, Girlieh Mae J | Pacifica | CA |
| 50 | Barnett, Samuel F | Cincinnati | OH |
| 51 | Barnhart, Brandon | Portland | OR |
| 52 | Barrella, Olivia | Doylestown | PA |
| 53 | Bartholomew, Anthony | North Augusta | SC |
| 54 | Bartle, Katherine | New York | NY |
| 55 | Baumgartner, Eric | Ferndale | CA |
| 56 | Bautista, Brian | Winston Salem | NC |
| 57 | Beasley, Travis | Henrico | VA |
| 58 | Beauchamp, Davis | East Grand Forks | MN |
| 59 | Beckerman, Mark | North Hollywood | CA |
| 60 | Bell, Amy | Charlotte | NC |
| 61 | Bencomo, Jules | Davie | FL |
| 62 | Bennett, Jada | Virginia Beach | VA |
| 63 | Benton, Chris | Enfield | CT |
| 64 | Berenson, Heidi | Mashpee | MA |
| 65 | Berke, Makenzie | Chesterton | IN |
| 66 | Berman, David M | New York | NY |
| 67 | Berney, Chris | Knoxville | TN |
| 68 | Berquist, Alan | Concord | CA |
| 69 | Berry, Alexandra | Wethersfield | CT |
| 70 | Bert, Shelby | Waddell | AZ |
| 71 | Betancourt, Yvonne M | San Diego | CA |
| 72 | Betts, Adam | Swanzey | NH |
| 73 | Biggs, Daniel | Canton | GA |
| 74 | Billington, Chase | Houston | TX |
| 75 | Birch, Alexander | North Wales | PA |
| 76 | Bittner, Danelle | Denver | CO |
| 77 | Blanco, Lisa | Sandy Springs | GA |
| 78 | Blasco, Kylie | Erie | PA |
| 79 | Blechman, Allison | New York | NY |
| 80 | Blinderman, Mark | Brooklyn | NY |
| 81 | Bloomberg, Kimberly | Houston | TX |

| | Name | City | State or Country |
|---|---|---|---|
| 82 | Blose, Tricia | New Castle | PA |
| 83 | Bobadilla, Pamela | Palm Springs | CA |
| 84 | Bollard, Mara | Ann Arbor | MI |
| 85 | Bondi, Andrea G | Marina | CA |
| 86 | Bookstein, Kevin | Portland | OR |
| 87 | Bourquin, Andrew | Canton | OH |
| 88 | Bowles, Kori | San Angelo | TX |
| 89 | Brackens, Devon | Milwaukee | WI |
| 90 | Bradford, Jacob Trent | Tollesboro | KY |
| 91 | Bradley, Donnie | Greenwood | FL |
| 92 | Bradshaw, Justin | Sandy | UT |
| 93 | Bransford, Andre | Washington | DC |
| 94 | Breckel, Rebecca | Brooklyn | NY |
| 95 | Bredahl, Cole | Maplewood | MN |
| 96 | Briggs, Ben | Dunwoody | GA |
| 97 | Brilliant, Zack | New York | NY |
| 98 | Briseño, Jonathan | Spring Valley | CA |
| 99 | Brobst, Daniel | Philadelphia | PA |
| 100 | Brody, Sam | Brooklyn | NY |
| 101 | Brooks, Jerry A | Waynesboro | VA |
| 102 | Broom, Kent | Dallas | TX |
| 103 | Brower, Brooke | Tomball | TX |
| 104 | Brown, Finley | Chicago | IL |
| 105 | Brown, Ryan | Plymouth | MA |
| 106 | Brown, Whitney | Des Moines | IA |
| 107 | Browne, Donald | Winston Salem | NC |
| 108 | Bruhl, Drew | Lincoln | NE |
| 109 | Bryant, John | Oklahoma City | OK |
| 110 | Bryant, Shannon | Murfreesboro | TN |
| 111 | Bryant, Ted | Austin | TX |
| 112 | Brydson, Candice | Dallas | TX |
| 113 | Buchholz, Sara | Greenville | SC |
| 114 | Bucur, Roxana | Oak Park | IL |
| 115 | Bullock, Christa L | Los Angeles | CA |
| 116 | Burner, Adam | Eugene | OR |
| 117 | Burris, Danielle | White Lake | MI |
| 118 | Busey, Zachary B. | Memphis | TN |
| 119 | Butson, Matthew | Annapolis | MD |
| 120 | Cadena, Adrian | San Ysidro | CA |
| 121 | Cain, Hunter | Wilmington | NC |
| 122 | Calderon, Janette | Oxnard | CA |
| 123 | Callegaro, Vinicius | San Francisco | CA |
| 124 | Campbell, Eric | Austin | TX |
| 125 | Camuso, Lindsey | Cambridge | MA |
| 126 | Cantoral, Stephanie E | Chicago | IL |

| | Name | City | State or Country |
|---|---|---|---|
| 127 | Cao, Stephanie | Rancho Santa Margarita | CA |
| 128 | Cardani, Daniel J. | Waxhaw | NC |
| 129 | Carl, Diane | San Antonio | TX |
| 130 | Carlos Jr, Rafael | La Mirada | CA |
| 131 | Carney, Elliot | Scottsdale | AZ |
| 132 | Carpenetti, Brent | Winter Park | FL |
| 133 | Carrico, Mackynzee | Sullivan | IN |
| 134 | Carrillo, Jose | Lake Dallas | TX |
| 135 | Carruthers, Carly | Madison | WI |
| 136 | Cartagena, Asher | Lilburn | GA |
| 137 | Cartwright, Juan Andres | Washington | DC |
| 138 | Casale, Alex | Alton | NH |
| 139 | Casamalhuapa, Nancy | Oak Harbor | WA |
| 140 | Cash, Hannah | Brooklyn | NY |
| 141 | Casper, Joshua | Charlotte | NC |
| 142 | Castellucci, Mary | Philadelphia | PA |
| 143 | Cava, Alexandra | San Francisco | CA |
| 144 | Cavalcanti, Daniela | Florissant | CO |
| 145 | Cee, GS | Philadelphia | PA |
| 146 | Chandler, Elizabeth | Jersey City | NJ |
| 147 | Chansmouth, Manila | Alexandria | VA |
| 148 | Chapman, Luke | San Diego | CA |
| 149 | Charlton, Haley | Monument | CO |
| 150 | Charney, Braden M | Woodland Park | CO |
| 151 | Chen, Kristy | Philadelphia | PA |
| 152 | Chesher, Michael | Williamson | NY |
| 153 | Chesney, Aaron | Yucca Valley | CA |
| 154 | Chhay, Johnny | Philadelphia | PA |
| 155 | Chilamkurti, KC | Chicago | IL |
| 156 | Chillag, Zach | Charlotte | NC |
| 157 | Chism, Salem | Madison | MS |
| 158 | Chiu, Alexander | New York | NY |
| 159 | Choate, Kaye | Maurice | LA |
| 160 | Chourey, Neha | Portland | OR |
| 161 | Chow, Robert | Austin | TX |
| 162 | Chowdhury, Simon | Brooklyn | NY |
| 163 | Ciarkowski, Michael | Shelby Township | MI |
| 164 | Cintron, Quiriat | Nitro | WV |
| 165 | Clark, Amanda | Springfield | VA |
| 166 | Clark, Robyn | Fort Worth | TX |
| 167 | Clegg, Cody | Lincoln | NE |
| 168 | Clevenger, Wesley | Hermitage | PA |
| 169 | Cochran, Andrew | Nelson | GA |
| 170 | Coffey, Kyle | Charlotte | NC |
| 171 | Collier, Bryan | Painesville | OH |

| | Name | City | State or Country |
|---|---|---|---|
| 172 | Collings, Samuel | West Seneca | NY |
| 173 | Colter, Brandon | Brookline | MO |
| 174 | Concannon, Michael | Bay Shore | NY |
| 175 | Conlon, Timothy | Whitehall | PA |
| 176 | Conte, Christine | Austin | TX |
| 177 | Conway, Meghan | New York | NY |
| 178 | Cook, Todd | Clay | NY |
| 179 | Cooke, Shane | Buffalo | NY |
| 180 | Cooper, Jeremy R | Dallas | TX |
| 181 | Cooper, Phillip | Youngsville | LA |
| 182 | Cornavaca, Crista | Silver Spring | MD |
| 183 | Cornette, Donald | Tualatin | OR |
| 184 | Cote, Brian | Davenport | FL |
| 185 | Covarrubias, Daniela | Needles | CA |
| 186 | Craddock, Ashley | Charlottesville | VA |
| 187 | Crandell, Chase | Cumming | GA |
| 188 | Crowe, Jonathan | Farmingville | NY |
| 189 | Cruz-Jose, Dabely | New Britain | CT |
| 190 | Culver, Cole | Rome | NY |
| 191 | Curtis, Trey | Greensboro | NC |
| 192 | Czech, Kyle S | White Settlement | TX |
| 193 | DaCosta, Michelle | Largo | FL |
| 194 | Daly, Cathleen | Phoenix | AZ |
| 195 | Dampier, Adam | Raleigh | NC |
| 196 | Dang, Thien | Kirkland | WA |
| 197 | Daniel, Joel | Hicksville | NY |
| 198 | Danyew, Rachael | Oceanside | CA |
| 199 | David, Justin | Lawrenceville | GA |
| 200 | Davis, Annabelle | Simpsonville | SC |
| 201 | Dawes, Sena | St. Louis | MO |
| 202 | Daye, Makayla | Kansas City | MO |
| 203 | De Jesus, Manuel | Austin | TX |
| 204 | De Paula, Samya | San Francisco | CA |
| 205 | Deal, Justin | Stillwater | OK |
| 206 | DeLuca, Thomas | Dallas | TX |
| 207 | DeNicola, Leslie | Chicago | IL |
| 208 | Denisov, Alexander | Saint Paul | MN |
| 209 | Denton, Renee | Lawrence | KS |
| 210 | DeSimini, Stephanie | Fargo | ND |
| 211 | Dettmer, Natalie | Lincoln | NE |
| 212 | DeVore, Kristen | Redlands | CA |
| 213 | Dey, Archit | San Francisco | CA |
| 214 | Dhandapani, Subbu | Phoenix | AZ |
| 215 | Di Grazia, Denise L | Marblemount | WA |
| 216 | DiGioia, Anne Marie | Washington | DC |

| | Name | City | State or Country |
|---|---|---|---|
| 217 | DiMarco, Damian | Mount Sinai | NY |
| 218 | DiMillo, Eugene R. | Pittsburgh | PA |
| 219 | Dinardi, Sandra | San Rafael | CA |
| 220 | Dinh, Tam H | Seattle | WA |
| 221 | DiNicola, Megan | Prospect Park | PA |
| 222 | Diniz, Melissa | Carmel | NY |
| 223 | Diodonet, Renee | Baltimore | MD |
| 224 | Dirago, Camille | Boston | MA |
| 225 | Doland, Emily | Monrovia | MD |
| 226 | Domblesky, Colton | Kinzers | PA |
| 227 | Doolittle, Bethany | Coralville | IA |
| 228 | Douglas, Cameron | Winter Garden | FL |
| 229 | Douglas-Steele, Drew | Brookline | MA |
| 230 | Dowd, Dustin | Naugatuck | CT |
| 231 | Downie, Mercedes | Holcomb | KS |
| 232 | Doyle, Randilea | Los Angeles | CA |
| 233 | Drake, Matthew | Fort Worth | TX |
| 234 | Drossel, Conor W | Delmar | NY |
| 235 | Duncan, Robert | Clayton | NC |
| 236 | Duong, Danny | Stanton | CA |
| 237 | Duran, Jennifer | Los Angeles | CA |
| 238 | Dzhamankulova, Lorina | San Francisco | CA |
| 239 | Eaddy, Tyshaun | Panama City | FL |
| 240 | Easterwood, Olivia | Oakland | MI |
| 241 | Eberhardt, John | Harrisburg | NC |
| 242 | Egan, Tim | Clemson | SC |
| 243 | Eidson, James Grant | Superior | CO |
| 244 | Elchaar, Nader | Douglasville | GA |
| 245 | El-Gohary, Yasmine | Chicago | IL |
| 246 | Elhanani, Eran | New York | NY |
| 247 | Elizabeth Caprari, Erin | Burlington Flats | NY |
| 248 | Ellis, Jaicie | Lake Worth | FL |
| 249 | Emmert, Becky | Hudsonville | MI |
| 250 | Ernst, Erik | Denver | CO |
| 251 | Eschliman, Brett | Mesa | AZ |
| 252 | Exposito, Jonathan Broc | Overland Park | KS |
| 253 | Eyerly, Amber | Los Angeles | CA |
| 254 | Fann Norman, Kayla | Jackson | MS |
| 255 | Farley, Heath | McDonough | GA |
| 256 | Farmer, John | Knoxville | TN |
| 257 | Faul, Christopher | Stow | OH |
| 258 | Fearn, James | Middleton | ID |
| 259 | Fedirchuk, Katherine | Brooklyn | NY |
| 260 | Feehan, Zach | Hanford | CA |
| 261 | Felker, Ginamarie | Millstone Township | NJ |

| | Name | City | State or Country |
|---|---|---|---|
| 262 | Ferguson, Brian | Austin | TX |
| 263 | Ferrell, Katherine | Seattle | WA |
| 264 | Fieber, Alexandra | New York | NY |
| 265 | Fierro, Debra | Albuquerque | NM |
| 266 | Filani, Pearl | Phoenix | AZ |
| 267 | Finch, Michael | Springfield | MO |
| 268 | Fine, Alison | Weston | CT |
| 269 | Fisher, Nicholas | Melbourne | FL |
| 270 | Fishgold, Rachel | Fort Myers | FL |
| 271 | Fleming, Alisha | Homer City | PA |
| 272 | Flemming, Victoria | Culver City | CA |
| 273 | Flicker, Thomas | Clifton Springs | NY |
| 274 | Floyd, Erika | Altamonte Springs | FL |
| 275 | Foos, Austin M | Plymouth | MI |
| 276 | Forner, Amber | Beaver | PA |
| 277 | Foxx, Jada | Massillon | OH |
| 278 | Fraenkel, Skyler | New York | NY |
| 279 | Frankel, Brendon Mark | New York | NY |
| 280 | Franklin, Jeanne M | Pikesville | MD |
| 281 | Frederic, Fritzchelle | Stoughton | MA |
| 282 | Freiser, Sarah E | Sunnyside | NY |
| 283 | French, Kristen | Shenandoah | TX |
| 284 | Friedman, Alana | Los Angeles | CA |
| 285 | Frye, Mauricio | Hamlake | MN |
| 286 | Fuerst, Mason | Dryden | MI |
| 287 | Gaboury, Matt | South Bend | IN |
| 288 | Gadde, Krishna | Secane | PA |
| 289 | Gagne, Colin M | Leicester | MA |
| 290 | Garcia Rios, Kevin | North Wildwood | NJ |
| 291 | Garcia, Amber | Goose Creek | SC |
| 292 | Garcia, Anthony | Sylvania | OH |
| 293 | Garcia, Brandon | Dallas | TX |
| 294 | Garcia, Camila | Wylie | TX |
| 295 | Garcia, Steven | Bronx | NY |
| 296 | Gatlin, Quinesha | Los Angeles | CA |
| 297 | Gaudian, Heather | Rock Hill | SC |
| 298 | Gaunaurd, Pilar | Miami | FL |
| 299 | Geary-Archer, Elizabeth | Maplewood | NJ |
| 300 | George, Elsa | Glenwood | MD |
| 301 | Georgiades, Jason | Pittsburgh | PA |
| 302 | Gerlach, Katherine | Prairie Billage | KS |
| 303 | Ghattas, Richard | Little Rock | AR |
| 304 | Ghielmetti, Daniel | Washington | DC |
| 305 | Giard, Larissa | Palmer | MA |
| 306 | Gibbons, Kate | Fairport | NY |

| | Name | City | State or Country |
|---|---|---|---|
| 307 | Gicking, Peter | Denver | CO |
| 308 | Gifford, Menleigh | Roy | UT |
| 309 | Gilliam, Karlee | Bellefontaine | OH |
| 310 | Gilliard, Artealia | Brooklyn | NY |
| 311 | Gimble, Mary | Tyler | TX |
| 312 | Giordano, Dani | Westbury | NY |
| 313 | Giordano, Giana | Lakeside | CA |
| 314 | Girard, Joshua | New York | NY |
| 315 | Glave, Ashley | Puyallup | WA |
| 316 | Goforth, Gail | Clarkston | WA |
| 317 | Gogerty, Patrick M. | Norwalk | IA |
| 318 | Gold, Timothy | Marana | AZ |
| 319 | Gomez, Cynthia | Santa Ana | CA |
| 320 | Gonillo, Stacey | Fort Lauderdale | FL |
| 321 | Gonzales, Katherine A | Bakersfield | CA |
| 322 | Gorenflo, Kimberly | Cincinnati | OH |
| 323 | Goulet, Ashley | Coventry | RI |
| 324 | Graf, Matthew | Hoboken | NJ |
| 325 | Grant, Robert | Colonie | NY |
| 326 | Graves, Jarred | Greenwood | IN |
| 327 | Gray, Mikayla Elizabeth | Joliet | IL |
| 328 | Greco, Louis | Delanco | NJ |
| 329 | Grigorescu, Gabriela | Los Angeles | CA |
| 330 | Grisafi, Gina | Doylestown | PA |
| 331 | Grue, Sarah | Seattle | WA |
| 332 | Grynyshyn, Yaroslav | Webster | NY |
| 333 | Guddera, Bhuvan | West Hartford | CT |
| 334 | Guidry, Khira | Baton Rouge | LA |
| 335 | Guliyeva, Inga | New York | NY |
| 336 | Gurinian, Grace | North Grafton | MA |
| 337 | Guse, Ken | Baltimore | OH |
| 338 | Guy, Dylan | Colorado Springs | CO |
| 339 | Guzman, Molly | Lorain | OH |
| 340 | Guzman, Pamela | Irving | TX |
| 341 | Habron, Zachary | Georgetown | IN |
| 342 | Haddad, Dana | Atlanta | GA |
| 343 | Haitayan, Nadia | Clovis | CA |
| 344 | Hall, Madysen | Lakeside | CA |
| 345 | Hallstrom II, Jeffrey | Jacksonville | FL |
| 346 | Hards, Charles | Durango | CO |
| 347 | Harwood, Seth | Dallas | TX |
| 348 | Hasado, Hiroko | Brighton | CO |
| 349 | Hassett, Amanda | Boston | MA |
| 350 | Hatton, Hayden | Lexington | AL |
| 351 | Hayes, John | Boerne | TX |

| | Name | City | State or Country |
|---|---|---|---|
| 352 | Hebert, Tevin | Houston | TX |
| 353 | Heist IV, Tom | Somers Point | NJ |
| 354 | Hendon, Blake | Warner Robins | GA |
| 355 | Heny, Nell | St. Louis | MO |
| 356 | Hernandez, Iridian | Mount Sterling | KY |
| 357 | Hernandez, Osvaldo | San Diego | CA |
| 358 | Herrera, Lissette | Sunnyvale | CA |
| 359 | Herrine, Patrick Deante | Mobile | AL |
| 360 | Heulitt, Emily | Camarillo | CA |
| 361 | Hicks, Ashton | Hilham | TN |
| 362 | Hidalgo, Michelle | Chicago | IL |
| 363 | Hijazin, Chris | Red Bank | NJ |
| 364 | Hill, Jennifer | Westerville | OH |
| 365 | Himmler, Brian | Seattle | WA |
| 366 | Hines, Jordan | Portage | MI |
| 367 | Hinton, Hiley | Oklahoma City | OK |
| 368 | Hockman, Kristina M | Columbia | MO |
| 369 | Hofstetter, Sara | Liverpool | NY |
| 370 | Hohaia, Marisa | Grand Rapids | MI |
| 371 | Hood, Maegan | Hermosa Beach | CA |
| 372 | Hormozi, Cassandra | Palmdale | CA |
| 373 | Hornilla, Maricar | Falls Church | VA |
| 374 | Horton, Levi | Del City | OK |
| 375 | Howard, Jeffrey | Dallas | TX |
| 376 | Hoybach, Capucine | West Palm Beach | FL |
| 377 | Hua, Kristina | Lockport | NY |
| 378 | Huang, Tony | Corona | NY |
| 379 | Huber, Eric | Auburn | WA |
| 380 | Huerta, Alexandra | Lake Forest | CA |
| 381 | Huffmaster, Cara | Montgomery | TX |
| 382 | Hulen, Clayton | Longview | TX |
| 383 | Hummel, Tucker | Columbia | SC |
| 384 | Hurst, Chelise | Sherwood | OR |
| 385 | Hutchingson, Heather | San Antonio | TX |
| 386 | Hynds, Jeffrey | Norwich | CT |
| 387 | Ingber, Jason | Beverly Hills | CA |
| 388 | Ingram, Jonathan | Wichita | KS |
| 389 | Issagholyan, Anita | Burbank | CA |
| 390 | Jack, Ryan | Knoxville | TN |
| 391 | Jackson, Lindsey Elaine | Bondurant | IA |
| 392 | Jagdfeld, Jake | Minneapolis | MN |
| 393 | Jalallar, Shabnam | Lake Hiawatha | NJ |
| 394 | James, Matthew | St. Louis | MO |
| 395 | Jay, Hilary | Los Angeles | CA |
| 396 | Jenkins, Kevin | Peabody | MA |

| | Name | City | State or Country |
|---|---|---|---|
| 397 | Jeon, Chae Kyung | Ann Arbor | MI |
| 398 | Jeune, Jessica | Margate | FL |
| 399 | Jin, Sungmin | Tracy | CA |
| 400 | Johnson, Amy L | Haslett | MI |
| 401 | Johnson, Kathryn | Newcastle | OK |
| 402 | Johnson, Kyle | Van Alstyne | TX |
| 403 | Johnson, Nicolette | San Juan | PR |
| 404 | Johnston, Tess | Mercer Island | WA |
| 405 | Joiner, Jami | Amarillo | TX |
| 406 | Jones, Darren | Milwaukee | WI |
| 407 | Jones, Eric | Tucson | AZ |
| 408 | Jordan, John | Woodstock | GA |
| 409 | Jordan, Jonathan | Carlsbad | NM |
| 410 | Juanes, Desiree | San Francisco | CA |
| 411 | Juarez, Delilah | Prescott Valley | AZ |
| 412 | Julich, Lauren | Tuscaloosa | AL |
| 413 | Kacur, Emily | Avon | OH |
| 414 | Kallgren, Jessica | Howell | MI |
| 415 | Kaltak, Almin | Marina Del Rey | CA |
| 416 | Karki, Chandra Man | Chicago | IL |
| 417 | Karkotsky, Dan | Ballston Spa | NY |
| 418 | Karr, Elizabeth | San Marino | CA |
| 419 | Kattamuri, Sasidhar | Englewood | CO |
| 420 | Kavanagh, Isabella | Wilmington | NC |
| 421 | Kay, Taylor | Churubusco | IN |
| 422 | Kellum, Joseph | Austin | TX |
| 423 | Kemp, Jaison | Laguna Beach | CA |
| 424 | Kendrick, Heidi | Valley Village | CA |
| 425 | Kenton, Connie | Roseville | CA |
| 426 | Kerns, Carrie | Oklahoma City | OK |
| 427 | Kerns, Christine | Great Falls | VA |
| 428 | Khan, Faria | New York | NY |
| 429 | Kihns, Nicholl | Lewistown | PA |
| 430 | Kim, Elliot | Atlanta | GA |
| 431 | Kim, James | Buena Park | CA |
| 432 | King, Brady | Benton | AR |
| 433 | King, Christina | Desert Hot Springs | CA |
| 434 | Kiser, James | Washington | DC |
| 435 | Kisten, Jeremy | Mount Sinai | NY |
| 436 | Kleffman, Bryn | Honolulu | HI |
| 437 | Klein, Oree | Canton | KS |
| 438 | Klepper, Aly | Upland | CA |
| 439 | Klinksick, Jamie | Denmark | WI |
| 440 | Knepp, Kelli | Tyler | TX |
| 441 | Kobren, Aaron | San Francisco | CA |

| | Name | City | State or Country |
|---|---|---|---|
| 442 | Koehler, Lili | Burbank | CA |
| 443 | Kohl, Donnavie | Lancaster | PA |
| 444 | Kohring, Nigel | Marietta | GA |
| 445 | Kong, Rodolfo | Houston | TX |
| 446 | Kontny, Allie | Denver | CO |
| 447 | Kramer, Eric | York Haven | PA |
| 448 | Krys, Elijah J | San Diego | CA |
| 449 | Kushma, Christopher | New York | NY |
| 450 | Kwon, John | Sunnyvale | CA |
| 451 | Kwong, Valerie | Edison | NJ |
| 452 | La Monica-Lunn, Christine | White Plains | NY |
| 453 | LaBollita, Thomas | Coram | NY |
| 454 | Lafi, Semarah | Fairview | NJ |
| 455 | Laguna, Ashley | Morro Bay | CA |
| 456 | Laiter, Morgan | Worcester | MA |
| 457 | Lambert, Caleb | Cullman | AL |
| 458 | Lanese, Kathleen R | Shaker Heights | OH |
| 459 | Langham, Victoria | Port Jervis | NY |
| 460 | Langley, Charles | Brooklyn | NY |
| 461 | Lapadula, Jessica | Smithtown | NY |
| 462 | Larkin, Patrick | Shrewsbury | MA |
| 463 | Larson, Amie | Colorado Springs | CO |
| 464 | Laufer, Diana | Stowe | PA |
| 465 | Lawrence, Marianne | Tonganoxie | KS |
| 466 | Layne, Jamal | Seattle | WA |
| 467 | Lazrov-Odess, Diana | Denton | TX |
| 468 | Leal, Jeanette | Washington | DC |
| 469 | Ledet, Lenus | Lutherville Timonium | MD |
| 470 | Lee, Fred | Chicago | IL |
| 471 | Lee, Kayla | Arlington | WA |
| 472 | Lehr, Robert | Austin | TX |
| 473 | Leopp, Cody | Oklahoma City | OK |
| 474 | Ley, Alexandra A | Pittsburgh | PA |
| 475 | Lieberman, Allen | Long Beach | CA |
| 476 | Linsky, Marran | Wellesley | MA |
| 477 | Long, Myranda | Hobart | IN |
| 478 | Lopes, Christopher | Spokane | WA |
| 479 | Lopez Ortiz, Jaime | Tracy | CA |
| 480 | Lopez, Isaiah | Simi Valley | CA |
| 481 | Lopez, Jennifer | Lathrop | CA |
| 482 | Lor, Mosae | Roseville | MI |
| 483 | Loranger, Keith | Boston | MA |
| 484 | Lu, Linda | Fridley | MN |
| 485 | Lucero-Boleyn, Nigel | Spring Valley | CA |
| 486 | Luckey, Laurel | New York | NY |

| | Name | City | State or Country |
|---|---|---|---|
| 487 | Luk, Tan-Yi | Braintree | MA |
| 488 | Lulavy, Zachary | Golden Valley | MN |
| 489 | Luna, Clarisa | Anthony | NM |
| 490 | Luongo, Jillian | Selden | NY |
| 491 | Luper, Riley | Springdale | AR |
| 492 | MacDonald, Aidan | Plainville | MA |
| 493 | MacGregor, Ryan | Manlius | NY |
| 494 | Madumere, Chike | Noda | NC |
| 495 | Magana, Diana | Irving | TX |
| 496 | Malavet, Jorge | Bronx | NY |
| 497 | Malland, Hayley | Toms River | NJ |
| 498 | Malone, Gary | Bensalem | PA |
| 499 | Mamrouski, Mikhail | Mountain View | CA |
| 500 | Manning, Les | Maryville | TN |
| 501 | Maradani, Sandeep | Doral | FL |
| 502 | Marchesini, Alessandro | San Francisco | CA |
| 503 | Marcilio, Diego Venancio | Brasilia | Brazil |
| 504 | Marciszewski, Alicia | Barker | NY |
| 505 | Marina, Dario | Pittsburgh | PA |
| 506 | Marincic, Benjamin | Elgin | IL |
| 507 | Marlo, Betheny | Orange | CA |
| 508 | Marsh, James | Fort Worth | TX |
| 509 | Marshall, Jason | Allendale | MI |
| 510 | Martin, Daniel | Birmingham | AL |
| 511 | Martin, Marquis | Tacoma | WA |
| 512 | Martin, Sabrina | Denver | CO |
| 513 | Martinez, Steve | Van Nuys | CA |
| 514 | Maru, Priash | Wembley | United Kingdom |
| 515 | Mason, Fin | Plymouth | MN |
| 516 | Massetti, Adrienne | Lowell | MA |
| 517 | Maurer, Jason | Cheektowaga | NY |
| 518 | May, Tyler | Casa Grande | AZ |
| 519 | Maynard, Webb | Conway | SC |
| 520 | Mazula, Todd | Paramus | NJ |
| 521 | McCann, Brenda | St. Augustine | FL |
| 522 | McCarthy, Kathleen | East Amherst | NY |
| 523 | McCleary, Brianna | Kerkhoven | MN |
| 524 | McCoy, Cortney | Charlotte | NC |
| 525 | McDaniel, Chase | Lima | OH |
| 526 | McDaniel, Kylan | Lake Elsinore | CA |
| 527 | McDowell, Charles | Franklin | TN |
| 528 | McGee, Benjamin | Pleasant Grove | UT |
| 529 | McGee, Kathryn M | Dallas | TX |
| 530 | McGee, Konnar | Denver | CO |
| 531 | McLaren, Gabe | Watertown | WI |

| | Name | City | State or Country |
|---|---|---|---|
| 532 | McManus, Brian | Sterling | VA |
| 533 | McPherson, Denise | West Des Moines | IA |
| 534 | McVan, Tyler | Perkaise | PA |
| 535 | Medeiros, Steven | Fall River | MA |
| 536 | Medina, Carlos | Wyoming | MI |
| 537 | Mehring, Taylor | Big Bend | WI |
| 538 | Mejia, Gabriel | Merced | CA |
| 539 | Melgoza, Jose | Daly City | CA |
| 540 | Mendez, Lauren | San Antonio | TX |
| 541 | Mendoza, Jonathan | Lodi | CA |
| 542 | Mercier, Matthew | Stamford | CT |
| 543 | Merrick, Ann Maree | Chicago | IL |
| 544 | Merrick, David | Portland | OR |
| 545 | Millard, Kodi | Patterson | IA |
| 546 | Miller, Sean | Celina | TX |
| 547 | Miller, Wendell | Lincoln | MO |
| 548 | Milligan, Kassondra | Cassopolis | MI |
| 549 | Mitchell, Maryum | Cedar Park | TX |
| 550 | Mohan, Kushal | Pflugerville | TX |
| 551 | Moirano, Liz | Arlington | VA |
| 552 | Molina, Johnathon | Conroe | TX |
| 553 | Momoi-Piehl, Margot | Chicago | IL |
| 554 | Money, Stuart A | Union | IL |
| 555 | Monterosso, Veronica | Norwood | MA |
| 556 | Montes, Angie | Houston | TX |
| 557 | Montoya, Aaron | Lutz | FL |
| 558 | Moore, Addison | Sacramento | CA |
| 559 | Moore, Ethan | Lafayette | CO |
| 560 | Moore, Kimberlee | Riverton | UT |
| 561 | Moran, Christopher | East Brunswick | NJ |
| 562 | Moreno, Lori | Colorado Springs | CO |
| 563 | Moreno, Maricela | Las Vegas | NV |
| 564 | Moreno, Yareri | Yuma | AZ |
| 565 | Morris, Michael | Clermont | FL |
| 566 | Mueller, Marissa H | Iowa City | IA |
| 567 | Munoz, Eduardo | Vallejo | CA |
| 568 | Murphy, Chris | Sewell | NJ |
| 569 | Murphy, Jonathan | South San Francisco | CA |
| 570 | Murphy, Joseph Gregory | Chicago | IL |
| 571 | Murray, Devin | Cleveland | OH |
| 572 | Musa, Silke | La Jolla | CA |
| 573 | Muturi, Irene | Rowlett | TX |
| 574 | [Name Redacted] | Brooklyn | NY |
| 575 | Nantwi, Adwoa K | Ewing | NJ |
| 576 | Nash, Alexis | Harrisburg | PA |

| | Name | City | State or Country |
|---|---|---|---|
| 577 | Nath, Sudipto Dev | Bronx | NY |
| 578 | Nava, Desiree | Santa Ana | CA |
| 579 | Nawrocki, Benjamin | Schaumburg | IL |
| 580 | Naylor, Adam | Denver | CO |
| 581 | Neff, Justin | Eugene | OR |
| 582 | Nelson, Caitlin | Wantagh | NY |
| 583 | Nelson, Christin | Pahrump | NV |
| 584 | Neves, Renee | Waianae | HI |
| 585 | Nguyen, Mai Ha My | Sunnyvale | CA |
| 586 | Nguyen, Minhkhoi | Evanston | IL |
| 587 | Nickerson, Emily A | Cedar Park | TX |
| 588 | Njinjoh, Barry | San Antonio | TX |
| 589 | Norris, Trevor | Cumming | GA |
| 590 | Nunez, Bleymin | Methuen | MA |
| 591 | Odle, Jack | Decatur | IN |
| 592 | O'Donnell, John | Richmond | VA |
| 593 | Ogren, Megan | Eugene | OR |
| 594 | O'Haire, Zachary | Phoenix | AZ |
| 595 | Ohara, Sophie | Oakland | CA |
| 596 | Okour, Malek | Bala Cynwyd | PA |
| 597 | Olderman, Benjamin | Reston | VA |
| 598 | Oliva, Maurice | Rosenberg | TX |
| 599 | Olivarria, Jorge | Mesa | AZ |
| 600 | O'Loughlin, Shelitha | Lawrenceville | GA |
| 601 | Oppenneer, Nick | Littleton | CO |
| 602 | Oquedo, Malene | Stevenson Ranch | CA |
| 603 | O'Rourke, Kevin | Berine | NJ |
| 604 | ORourke, Michael | North Easton | MA |
| 605 | Orr, Aaron | Rochester | IN |
| 606 | Orrostieta, Marcos | Santa Ana | CA |
| 607 | Ortega, Nancy | Anaheim | CA |
| 608 | Ortiz, Ileana | Roseville | MN |
| 609 | Osterhout, Maggie | Valparaiso | IN |
| 610 | Ouattara, Billy | Manteca | CA |
| 611 | Pablo, Sonya | Laveen | AZ |
| 612 | Pachla, Brian | Amherst | NY |
| 613 | Padilla, Angelina | Kalamazoo | MI |
| 614 | Padilla, Ray | Miami | FL |
| 615 | Palmer, Kendra | Adrian | MI |
| 616 | Palmisano, Nicholas | Fitzwilliam | NH |
| 617 | Panchisin, Ryan | Spring Hill | TN |
| 618 | Panfen, Brianna | Blackwood | NJ |
| 619 | Papiernik, Thomas | Austin | TX |
| 620 | Paseka, Josh | Reston | VA |
| 621 | Paskauskas III, Joel B. | Savannah | GA |

| | Name | City | State or Country |
|---|---|---|---|
| 622 | Patrick, Jesse | Fillmore | IN |
| 623 | Pauliukonis, Nick | San Jose | CA |
| 624 | Pedlar, Kelsee | Brooklyn Center | MN |
| 625 | Pego, Lorena | Miami Beach | FL |
| 626 | Pehlic, Meldina | Newark | DE |
| 627 | Peña, Warren | San Fernando | Philippines |
| 628 | Percifield, Meghan | Watertown | WI |
| 629 | Percival, John | Independence | MO |
| 630 | Perez, Nicole | Doral | FL |
| 631 | Perrong, Andrew | Jenkintown | PA |
| 632 | Peteroy, Dana | Naples | FL |
| 633 | Peters, Tyler | Green Cove Springs | FL |
| 634 | Peterson, Lauren | Dubuque | IA |
| 635 | Pettyjohn, Daniel P | Chesterfield | VA |
| 636 | Pfister, Stephen | Medina | OH |
| 637 | Pierce, Aaron | Niskayuna | NY |
| 638 | Ping, Brian | Long Beach | CA |
| 639 | Pittman, Bretina | San Bernardino | CA |
| 640 | Plisko, Jennifer | Huntington Beach | CA |
| 641 | Poirier, Jaylene | San Mateo | CA |
| 642 | Pollard, Ryan | Madison | CT |
| 643 | Polston, Beth | Owasso | OK |
| 644 | Pope, Erin K | Lowellville | OH |
| 645 | Poppell, Logan John | Colorado Springs | CO |
| 646 | Porterfield, Jordan | Buda | TX |
| 647 | Posvar, Rachelle | Chandler | AZ |
| 648 | Powell, Carly | Upland | CA |
| 649 | Prete Jr., Charles David | Roseville | CA |
| 650 | Prichard, Mackenzie | Decatur | GA |
| 651 | Pybus, William Reid | Houston | TX |
| 652 | Raffa, Carmen | Oakland | CA |
| 653 | Rainer, Susan | Ruston | LA |
| 654 | Ramirez, Patricia | Wichita Falls | TX |
| 655 | Ramirez, Victor | El Paso | TX |
| 656 | Rasch, Marius Windelev | Nykøbing F | Denmark |
| 657 | Rau, Blaise | Plainview | MN |
| 658 | Ray, Emily | Fairhope | AL |
| 659 | Reddy, Vamshidhar | Utica | NY |
| 660 | Reddy, Vandhana | Hockessin | DE |
| 661 | Redlin, Zachary | Lakeville | MN |
| 662 | Reeve, George | Franklin | MA |
| 663 | Regan, Matt | Creve Coeur | MO |
| 664 | Regier, Caleb | Lakewood | CO |
| 665 | Reilly, Ieasha | Richmond | VA |
| 666 | Reilly, Nicholas | Asbury | NJ |

| | Name | City | State or Country |
|---|---|---|---|
| 667 | Reinecke, Tyler | Hinckley | OH |
| 668 | Reynolds, Chelsea | Dallas | TX |
| 669 | Reynolds, Phillip | Atlanta | GA |
| 670 | Rhodes, Jennifer | Meridianville | AL |
| 671 | Rice, Antonio | Boiling Springs | SC |
| 672 | Richardson, Ethan | Aurora | CO |
| 673 | Rickwa, Daniel | Nampa | ID |
| 674 | Rigdon, Matthew | Austin | TX |
| 675 | Riggs, Alex | Paola | KS |
| 676 | Rinehart, Andrew | Glendale | CA |
| 677 | Rivas, Andy | Atlanta | GA |
| 678 | Rivers, Wyatt | Archdale | NC |
| 679 | Roane, Shimaral | Henrico | VA |
| 680 | Roberts, Adam | Reston | VA |
| 681 | Rocca, Piero | Oakland | CA |
| 682 | Rock, Sandra N | Raleigh | NC |
| 683 | Rockette, Rhaveana | Portland | OR |
| 684 | Rodgers, Randall | Prosper | TX |
| 685 | Rodriguez, Marcos | Lyndhurst | NJ |
| 686 | Rogers, Richard | La Quinta | CA |
| 687 | Rohde, Edward B | Commerce City | CO |
| 688 | Rojas, Jennifer | Spring Hill | FL |
| 689 | Rosedale, Shannon | Fort Worth | TX |
| 690 | Rosendale, Eric | Anchorage | AK |
| 691 | Rossi, Marc | Oakland | NJ |
| 692 | Roth, Cain | Huntington Beach | CA |
| 693 | Rothenberger, Andrew | Santa Ana | CA |
| 694 | Rousseau, Keshia | Paterson | NJ |
| 695 | Rowland, Matt | Lombard | IL |
| 696 | Roy, Donovan | Oswego | NY |
| 697 | Ruiz, Gilbert | Santa Ana | CA |
| 698 | Ruiz, Robert | Lincoln | CA |
| 699 | Rusonis, Erin | San Francisco | CA |
| 700 | Ryall, Megan | Quincy | MA |
| 701 | Saada, Meghan | Wheaton | IL |
| 702 | Saali, Nathan | Colorado Springs | CO |
| 703 | Sacotingo, Matiza | Alexandria | VA |
| 704 | Saetern, Maymi | Oakland | CA |
| 705 | Salyers, Parrish | New York | NY |
| 706 | Samuel, Victor | Carmel | IN |
| 707 | Sanchez, Aurora | San Diego | CA |
| 708 | Santana, Juan | Merced | CA |
| 709 | Santos, Wayne | San Diego | CA |
| 710 | Savage, Jonathan | Seattle | WA |
| 711 | Schaff, Emily | Billings | MT |

| | Name | City | State or Country |
|---|---|---|---|
| 712 | Schimmenti, Frank | Selden | NY |
| 713 | Schindewolf, David | Brick | NJ |
| 714 | Schnoor, Lanissa | West Sacramento | CA |
| 715 | Schultze, Michael | North Syracuse | NY |
| 716 | Schumacher, Susan | Palm Beach | FL |
| 717 | Scoca, Amanda | West Islip | NY |
| 718 | Scott, Michael | Houston | TX |
| 719 | Seabrum, Xajavion | Waltham | MA |
| 720 | Seibold, Mark A | Tulsa | OK |
| 721 | Seng, Elizabeth D | Mountlake Terrace | WA |
| 722 | Sepulveda, Isaiah | Bellflower | CA |
| 723 | Servidio, Frank A | Chicago | IL |
| 724 | Sethi, Avishaan | West Chester | OH |
| 725 | Shah, Abhi | Watertown | MA |
| 726 | Shah, Jaabaal | San Marcos | CA |
| 727 | Shakesby, Claire | The Colony | TX |
| 728 | Shannon, Nicole | Chicago | IL |
| 729 | Sheets, Stephanie | Kingsley | MI |
| 730 | Shewmaker, Jordan T | Atlanta | GA |
| 731 | Shibuya, Jineane | Lisle | IL |
| 732 | Shin, Joosun | Los Angeles | CA |
| 733 | Shoemaker, Peter | Los Angeles | CA |
| 734 | Shperun, Olga | Alexandria | VA |
| 735 | Shutters, Stephen | Ball Ground | GA |
| 736 | Siclari, Gina | Philadelphia | PA |
| 737 | Sierra, Anabelle | Savannah | GA |
| 738 | Siler, Joyanne | Tacoma | WA |
| 739 | Simpson, Jackie | Salt Lake City | UT |
| 740 | Sindi, Berevan | Lakeside | CA |
| 741 | Singh, Jagdeep | Yuba City | CA |
| 742 | Singh, Vivek | Chicago | IL |
| 743 | Sinnett, Cheylene | Costa Mesa | CA |
| 744 | Skepper, Katie | Minneapolis | MN |
| 745 | Skodi, Allison | Jersey City | NJ |
| 746 | Smith, Aaron | Orange | CA |
| 747 | Smith, Andrew | Kissimmee | FL |
| 748 | Smith, Dakota | Beaufort | SC |
| 749 | Smith, Jacob | Goodyear | AZ |
| 750 | Smith, Logan | Yuba City | CA |
| 751 | Smith, Megan | Brigham City | UT |
| 752 | Smith, Nathaniel | Lantana | TX |
| 753 | Smith, Samuel | Orem | UT |
| 754 | Sofi, Sara Zareen | Ingenio | Spain |
| 755 | Solger, Jared M | Chicago | IL |
| 756 | Solis, Gabrielle | Bakersfield | CA |

| | Name | City | State or Country |
|---|---|---|---|
| 757 | Somsole, Ravikanth | Tempe | AZ |
| 758 | Souza, Josh | Vancouver | WA |
| 759 | Spangler, Sarah | Kansas City | MO |
| 760 | Spiess, Arista | Los Angeles | CA |
| 761 | Squatrito, Lisa | Braintree | MA |
| 762 | Staggs, Michael | Seattle | WA |
| 763 | Stanton, Kynzie | Tucson | AZ |
| 764 | Starr, Alison | Sacramento | CA |
| 765 | Steen, Ambermarie | Bismark | AR |
| 766 | Steinhauer, Kimberly | San Antonio | TX |
| 767 | Stewart, Graeme | Oakland | CA |
| 768 | Stiner, Ryan | Fresno | CA |
| 769 | Stokes-Glover, Saianne | Upper Darby | PA |
| 770 | Storts, Randee | Junction | TX |
| 771 | Strachan, Briana | Lake City | FL |
| 772 | Struble, Jacob | Olympia | WA |
| 773 | Studebaker, Peter | Copperas Cove | TX |
| 774 | Sulz, Joshua | Edinboro | PA |
| 775 | Sunga, Redine | Lodi | NJ |
| 776 | Sutin, Henry | Mount Pleasant | SC |
| 777 | Ta, Derek | San Leandro | CA |
| 778 | Tagaram, Praneeth | Mooresville | NC |
| 779 | Tallman, Lisa | Chicago | IL |
| 780 | Tant, Nick | Olive Branch | MS |
| 781 | Tarabay, Dalia | New York | NY |
| 782 | Taylor, Charlencia | Humboldt | TN |
| 783 | Taylor, Greg | Little Elm | TX |
| 784 | Taylor, Tim | Wheeling | IL |
| 785 | Tekin, Robyn | Redlands | CA |
| 786 | Terry, Brian | McLean | VA |
| 787 | Thiede, AK | Richland Center | WI |
| 788 | Thillman, Maryellen | Palm Beach Gardens | FL |
| 789 | Thompson, Jonathan | Austin | TX |
| 790 | Thompson, Julie | Red Bank | NJ |
| 791 | Thomsen, Dylan | Bismarck | ND |
| 792 | Thomson, Christy | Dickerson | MD |
| 793 | Thorpe, Brendon | Reidsville | NC |
| 794 | Throckmorton, Paul | Boulder | CO |
| 795 | Tillman, Jarius | Sunnyvale | CA |
| 796 | Tinoco, André | Alvin | TX |
| 797 | Tordjman, Yaniv | Hampstead | Canada |
| 798 | Torrence, Kirsten | Austin | TX |
| 799 | Torres, Sabrina | Whittier | CA |
| 800 | Tosto, Samuel | Madison | NC |
| 801 | Town, Cheryl | Austin | TX |

| | Name | City | State or Country |
|---|---|---|---|
| 802 | Trahan, Jon | Fresno | TX |
| 803 | Tritt, Sydney | Cincinnati | OH |
| 804 | Trow, Jessica | Mission Viejo | CA |
| 805 | Turner, Kodie | Perris | CA |
| 806 | Turner, Ryan | Palmyra | PA |
| 807 | Twaddle, Spencer | Woodridge | IL |
| 808 | Uddin, Tanim | Fall River | MA |
| 809 | Uehara, Ken | Chicago | IL |
| 810 | Ugarte, Daryelis | Virginia Beach | VA |
| 811 | Unnikrishnan, Rahul | Carmel | IN |
| 812 | Urban, Christopher | Orchard Park | NY |
| 813 | Urquiza, Liviane | Washington | DC |
| 814 | Vaca, Michael | Berthoud | CO |
| 815 | Vaidya, Shivang | Omaha | NE |
| 816 | Valle, Jessica | Panorama City | CA |
| 817 | Valos, George | Goleta | CA |
| 818 | VanderZanden, Luke | Hillsboro | OR |
| 819 | Vang, Jasmine | Elk Grove | CA |
| 820 | Vasoya, Heta | Seattle | WA |
| 821 | Vasquez, Daniel | Elk Grove | CA |
| 822 | Vater, Mary Rose | Kenmore | NY |
| 823 | Vazquez, Vanessa | Chicago | IL |
| 824 | Vecchio, Vincent | Staten Island | NY |
| 825 | Veltri, PJ | Grosse Pointe Woods | MI |
| 826 | Venable, Rhiannon Lee | Shreveport | LA |
| 827 | Venuti, Deborah | Brooklyn | NY |
| 828 | Villa, Christopher | Houston | TX |
| 829 | Villagomez, Aldo | Riverbank | CA |
| 830 | Villalpando, Emmanuel Genaro | Los Angeles | CA |
| 831 | Villapudua, Maurice | Quincy | CA |
| 832 | Voros, Joseph S | Austin | TX |
| 833 | Waddell, Andy | Woodside | CA |
| 834 | Waddington, Tristan | Portland | OR |
| 835 | Wade, Ryan | Rhome | TX |
| 836 | Wagner, Noah | Commerce | GA |
| 837 | Wahl, Kurt | St. Petersburg | FL |
| 838 | Wakeley, Jayden | Peoria | IL |
| 839 | Walker, Casey | Jaffrey | NH |
| 840 | Walling, Aysa | Littleton | NH |
| 841 | Walsh, Connor | Schodack Landing | NY |
| 842 | Wandji, William | New York | NY |
| 843 | Wang Chen, Helen | Brooklyn | NY |
| 844 | Wang, Songyu | Redwood City | CA |
| 845 | Watson, Colton | Saline | MI |
| 846 | Weiss, Michele | Chicago | IL |

| | Name | City | State or Country |
|---|---|---|---|
| 847 | Weiss, Stacey | Brookhaven | GA |
| 848 | Weitzman, Michael | Cleveland | OH |
| 849 | Welch, Jenie | Princeton | TX |
| 850 | Welch, Kurtis | Cedar Park | TX |
| 851 | Wellenstein, Savannah | Seattle | WA |
| 852 | Wengel, Stephanie | Delray Beach | FL |
| 853 | West, Amanda (Mandy) | Troutville | VA |
| 854 | Wetherby, Shane | Tallahassee | FL |
| 855 | Whiddon, Jana | Perry | GA |
| 856 | White, Carli | Frisco | TX |
| 857 | White, Lance | Glen Burnie | MD |
| 858 | White, Ryan | Arlington | TX |
| 859 | Whitehair, Kyle | Massillon | OH |
| 860 | Whiting, Stefan | Pembroke Pines | FL |
| 861 | Whitsett, Maureen | Philadelphia | PA |
| 862 | Wiard, Brandon | Milan | MI |
| 863 | Willey, Ariel | Lone Pine | CA |
| 864 | Williams, Alex | Clovis | CA |
| 865 | Williams-Rodriguez, Alexis | Copperas Cove | TX |
| 866 | Wilson, Shawn T | Binghamton | NY |
| 867 | Windsor, Adam | Fort Walton Beach | FL |
| 868 | Winter, Adam | Columbus | OH |
| 869 | Wong, Derek | Seattle | WA |
| 870 | Wong, Ryan | Los Angeles | CA |
| 871 | Woodland, Tonia | Walpole | MA |
| 872 | Woodruff, Dustin James | Batavia | OH |
| 873 | Woolsey, Kelsey | Corvallis | OR |
| 874 | Wright, Zariyah | Fresno | CA |
| 875 | Wright-Hamilton, Tonya | Austin | TX |
| 876 | Wynd, Nathan | Whitehall | OH |
| 877 | Yanez, Mariel | Glendale | CA |
| 878 | Yang, Michael | Brooklyn Center | MN |
| 879 | Yashwant, Kumar V | Torrance | CA |
| 880 | Yellott, Delaney | Suwanee | GA |
| 881 | Yu, Jason | Rochester | MI |
| 882 | Yusuf, Hassan | Shirley | NY |
| 883 | Zane Faust, Michael | Odenville | AL |
| 884 | Zanella, Juan | Fort Campbell | KY |
| 885 | Zhang, Hanrui | San Diego | CA |
| 886 | Zohar, Daniel Y | Los Angeles | CA |
| 887 | Zonoun, David | San Jose | CA |
| 888 | Zook, Mose | Midland | MI |
| 889 | Zube, Tom | Washington | NJ |