# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, and ELENA WEINBERGER, Individually and on Behalf of and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE TRADING, INC., and BUMBLE HOLDING LTD.,<br><br>Defendants. | Case No. 5:18-cv-06868-NC<br><br>**Supplemental Declaration of Jennifer M. Keough**<br><br>Date:      December 16, 2020<br>Time:      2:00 p.m.<br>Courtroom:  5 (via Zoom video)<br>Judge:      Nathanael Cousins |

## SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE AND CLAIMS ADMINISTRATION

I, JENNIFER M. KEOUGH, declare and state as follows:

1.      I am the Chief Executive Officer ("CEO") of JND Legal Administration ("JND"). I have more than 20 years of legal experience creating and supervising notice and claims administration programs and have personally overseen over 1,000 matters.

2.      As CEO of JND, I am involved in all facets of JND's operations, including monitoring the implementation of our notice and claims administration  programs.

3.      JND is serving as the Settlement Administrator[1] in the above-captioned litigation (the "Action"), pursuant to the Court's Preliminary Approval Order dated July 15, 2020 (the "Preliminary

---

[1] Capitalized terms that are not defined herein shall have the meanings ascribed to them in the Settlement Agreement and/or my Declaration Regarding Proposed Notice Program, dated June 23, 2020 (the "Initial Declaration").

Approval Order"). This Declaration is based on my personal knowledge and information provided to me by counsel and experienced JND employees working under my supervision. If called on to do so, I could and would testify competently thereto.

4.    This Declaration describes the implementation of the Settlement Class notice plan (the "Notice Plan"), as proposed in my Initial Declaration. This Declaration supplements my Preliminary Declaration Regarding Notice and Claims Administration, dated December 2, 2020.

## CAFA NOTICE

5.    In compliance with the Class Action Fairness Act, 28 U.S.C. §1715(b) ("CAFA"), on July 2, 2020, JND compiled a CD-ROM containing the following documents:

     i.    Class Action Complaint, filed November 13, 2018

     ii.   First Amended Class Action Complaint, filed February 13, 2019

     iii.  Second Amended Class Action Complaint, filed April 5, 2019

     iv.   Third Amended Class Action Complaint, filed August 9, 2019

     v.    Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, filed June 22, 2020

     vi.   Class Action Settlement Agreement, filed June 22, 2020, and attaching:

        o    Proposed Email and Postcard Notices

        o    Proposed Long-Form Notice

        o    Proposed Order Granting Final Approval

        o    Proposed Claim Forms

        o    Proposed Judgment

        o    Proposed Order Granting Preliminary Approval

        o    Proposed Opt-Out Form

6.    The CD-ROM was mailed on July 2, 2020 to 52 federal and state officials identified in an attachment to an accompanying cover letter, a copy of which is attached hereto as **Exhibit A.** Pursuant to CAFA, the cover letter also attached the following documents as exhibits:

     i.    The estimated and rounded number of Settlement Class Members

ii. The rounded percent of recovery for each respective state

**SETTLEMENT CLASS MEMBER DATA**

7.      On July 29, 2020, Defendants provided JND with two files of data relating to the Settlement Class Members, which contained a total of ██████ records. The data provided to JND contained User IDs, email addresses, and names for all Settlement Class Member records; the data also contained phone numbers, ZIP codes, and the date associated with the acquisition of the phone numbers or ZIP codes for certain Settlement Class Members.  JND analyzed the data to identify duplicates and determined there were ██████ unique records. JND further analyzed the unique records and, using programmatic techniques and manual review, identified accounts that had identical name, email address, and phone number information (even if other data, such as User ID, differed between accounts).  JND rolled-up all such accounts in an effort to prevent multiple notices being sent to the same Settlement Class Member, to the extent possible.  Through this roll-up process, JND reduced the number of records to a list of ██████ Settlement Class Members.

8.      This rollup process was undertaken solely for notice purposes; pursuant to the Settlement Agreement, Settlement Class Members who file a valid Claim will be paid on each of their Bumble Boost accounts, even if their accounts were rolled up for notice purposes.

9.      After the foregoing analysis was complete, JND loaded all Settlement Class Member data into a secure database created specifically for this matter.

**SETTLEMENT CLASS MEMBER DIRECT NOTICE**

**Email Notice**

10.     Pursuant to the Preliminary Approval Order, commencing on September 14, 2020, JND sent the Court-approved Email Notices (the "Initial Email Notices") to all ██████ Settlement Class Members.[2] Those Settlement Class Members determined to be members of both the ARL Settlement Class and DSL Settlement Class received a Combined Email Notice, attached hereto as **Exhibit B**. Those Settlement Class Members determined to be members of the DSL Settlement Class, but not the ARL Settlement Class, received a DSL Email Notice, attached hereto as **Exhibit C**.  Of

---

[2] JND's email strategies to maximize email deliverability were described in my Initial Declaration.

JENNIFER M. KEOUGH DECLARATION
CASE NO. 5:18-CV-06868-NC

the Initial Email Notices sent, ██████ Email Notices were successfully delivered and ██████ Email Notices bounced back as undeliverable.

11.     For the undeliverable Email Notices, JND used research strategies, including an email append process, which is a skip-trace research tool, to identify updated email and/or mailing addresses to the extent possible. Settlement Class Members' names, phone numbers, and other data provided to JND were utilized for this research.

12.     Through this reverse look-up process, JND obtained additional email addresses for ██████ Settlement Class Members. JND then sent those Settlement Class Members an Email Notice. Of those, ██████ were successfully delivered and ██████ bounced back.  Combined with the Initial Email Notices that were successfully delivered, a total of ██████ Settlement Class Members received an Email Notice.

**Reminder Notices**

13.     JND sent two separate Reminder Email Notices, on October 23, 2020 and November 9, 2020, to Settlement Class Members whose Email Notices were delivered, and who had not filed a Claim, excluded themselves, or unsubscribed from the email campaign.  The Reminder Email Notices contained the same text as the Email Notices, and had updated subject lines to remind Class Members that they had not yet filed a Claim.

**Mailed Notice**

14.     For Settlement Class Members whose Email Notice was undeliverable and for whom JND obtained a mailing address through the skip tracing process described above, JND further updated the addresses using the United States Postal Service's ("USPS") National Change of Address ("NCOA") database.[3]

15.     JND mailed ██████ Court-approved Combined Mailed Notices and DSL Mailed Notices (the type of notice was dependent upon the Settlement Class Member's class).  The Mailed

---

[3] The NCOA database is the official USPS technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.  This product is an effective tool to update address changes when a person has completed a change of address form with the USPS.  The address information is maintained in the database for 48 months

Notices were sent via U.S. mail as tri-folded postcards that did not reveal that the Settlement Class Member is a present or past Bumble user without being opened.   A copy of the Combined Mailed Notice is attached as **Exhibit D** and a copy of the DSL Mailed Notice is attached as **Exhibit E**.

16.    As of December 6, 2020, JND tracked ▮▮▮▮ Mailed Notices from the original mailing that were returned to JND as undeliverable. ▮▮▮ Mailed Notices were forwarded by the USPS.  A total of ▮▮▮▮ Mailed Notices were delivered and not returned to JND as undeliverable.

<u>**PRESS RELEASE**</u>

17.    The Email Notices and Mailed Notices were supplemented with a nationwide press release, which was published on July 18, 2020 by GlobeNewswire. The press release received 100 full-text placements and 72 headline-only placements. A copy of the press release is attached hereto as **Exhibit F**.

<u>**CLASS MEMBER REACH**</u>

18.    An adequate notice plan needs to satisfy "due process" when reaching a class. The United States Supreme Court, in the seminal case, *Eisen v. Carlisle & Jacqueline*, 417 U.S. 156, 175 (1974), made clear that direct notice, when possible, is the best method for reaching class members. In addition, Rule 23(c)(2) of the Federal Rules of Civil Procedure provides that "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."

19.    The Federal Judicial Center's (FJC) Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide considers 70-95% reach among class members to be a "high percentage" and reasonable.[4]

20.    Here, JND implemented the Notice Plan by sending direct notice to all reasonably identifiable Settlement Class Members.  Further, direct notice was supplemented by a nationwide press release, which provided additional national awareness of the Settlement Agreement.

---

[4] Reach is the percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once over the course of a campaign.  Reach factors out duplication, representing total different/net persons.

21.     As set forth above, as of December 6, 2020, ████ Settlement Class Members were successfully sent either an Email Notice or a Mailed Notice.  More specifically, ████ Class Members were successfully sent an Email Notice and ████ Settlement Class Members were successfully sent a Mailed Notice.

22.     Thus, over 80 percent of Settlement Class Members received direct notice. Additional Settlement Class Members received notice through the press release described above.

23.     Based on my experience with notice and claims administration programs, I believe that the Notice Plan implemented by JND in this Action is consistent with other best practicable court-approved notice programs.   The Notice Plan provided the best notice practicable under the circumstances of this case, and conformed to all aspects of Federal Rule of Civil Procedure 23.

## SETTLEMENT WEBSITE

24.     JND created and maintained a website dedicated to the Settlement, www.BumbleBoostSettlement.com (the "Settlement Website"). The Email Notice and the Mailed Notice provided the address for the Settlement Website. The Settlement Website provided, among other information: answers to frequently asked questions; a link to the Class Notice; links to the downloadable Opt-Out Form, the Combined Claim Form and DSL Claim Form (collectively, the "Claim Forms") and other important case documents; the date, time, and place of the Final Approval Hearing; contact information for JND and Class Counsel; and information regarding how to access the case docket via PACER or in person at any of the Court's locations. On October 9, 2020, JND posted Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs and Class Representatives' Service Awards on the Settlement Website.

25.     The Settlement Website also hosted the online Claim Forms, where Settlement Class Members could submit Claims electronically during the Claims Period.  An online Opt Out Form was also available on the Settlement Website.

26.     As of December 6, 2020, there have been 486,648 unique visitors to the Settlement Website and 1,730,127 pageviews.  A copy of the Class Notice is attached as **Exhibit G**; a copy of

the Opt Out Form is attached as **Exhibit H**. JND will continue to maintain the Settlement Website throughout the settlement administration process.

## SETTLEMENT CLASS MEMBER COMMUNICATION

27.     JND established a toll-free telephone number for Settlement Class Members to call, 1-888-383-0346. Through the recorded Interactive Voice Response ("IVR") system, Settlement Class Members are able to obtain information about the Settlement Agreement 24 hours a day, 7 days a week.  As of December 6, 2020, JND received 2,491 calls.

28.     JND established an email address for Settlement Class Members to email with questions, info@BumbleBoostSettlement.com. As of December 6, 2020, JND received 4,208 emails.

29.     JND established a mailing address to which Settlement Class Members have been able to send Claim Forms, Opt Out requests and correspondence: Bumble Boost Settlement, c/o JND Legal Administration, PO Box 91166, Seattle WA 98111.

## OBJECTION

30.     The Email Notice and Mailed Notice informed Settlement Class Members that anyone who wanted to object to the approval of the Settlement Agreement could do so by submitting a written statement to the Court on or before November 13, 2020.

31.     JND is aware of one objection filed by Jon Sourbeer. Mr. Sourbeer is a member of the DSL Settlement Class. JND sent him a Nationwide Email Notice and two reminder notices. All three of these notices were delivered and opened. Each of these notices contained a paragraph with both the estimated recovery for DSL Settlement Class Members (between $21 and $44) as well as the amount requested in fees, costs, and service awards.

## EXCLUSION REQUESTS

32.     The Email Notice and Mailed Notice informed Settlement Class Members that anyone who wanted to request exclusion from the Settlement could do so by submitting the request online at the Settlement Website or by submitting a written request to JND, postmarked on or before November 13, 2020.  For Settlement Class Members who chose to request exclusion without an Opt-Out Form, the request was required to contain: the Settlement Class Member's name, address and signature; the

JENNIFER M. KEOUGH DECLARATION
CASE NO. 5:18-CV-06868-NC

name and number of the Action; and a clear and explicit statement that they wish to be excluded from the Settlement. Upon review of each exclusion request, JND determined if it was valid or deficient for failure to include all the foregoing required information.

33.    For each deficient opt-out request submitted by a Settlement Class Member, at the direction of the Parties, JND attempted to contact the Settlement Class Member to try to resolve any deficiency, to the extent JND had contact information for that Settlement Class Member. When JND received additional information from the Settlement Class Member, JND reviewed it to determine whether the submission completed and "cured" the opt-out request.

34.    For each opt-out request, JND confirmed whether that Settlement Class Member also filed a Claim. If any Settlement Class Member filed both an opt-out request and a Claim, JND contacted that Settlement Class Member, to the extent contact information was available, to explain that they cannot retain both submissions and that the Settlement Class Member would need to advise JND in writing as to which request they wanted to withdraw.

35.    After the completion of the foregoing outreach, as of December 6, 2020, JND received 1,018 timely exclusion requests, of which 60 are deficient because they lack required information, 63 are duplicative, and six were withdrawn.  In total, JND received 889 timely and valid exclusion requests. In addition, JND received six late exclusion requests.

## CLAIMS RECEIVED

36.    The Email Notice and Mailed Notice informed Settlement Class Members that the deadline to submit Claim Forms was November 23, 2020.  As of December 6, 2020, JND received ▮▮▮▮▮ Claim Forms, of which ▮▮▮▮▮ were timely, and 85 were late.  Of the timely claims, ▮▮▮▮▮ DSL Claim Forms were submitted and ▮▮▮▮ Combined Claim Forms were submitted.

37.    The claims rate for the DSL Settlement Class is approximately 5.5%.  The claims rate for the ARL Settlement Class is approximately 8.2%.

38.    Even though all submission deadlines have passed, JND may still receive Claim Forms and exclusion requests. As JND continues to receive and process any such submissions, and perform

JENNIFER M. KEOUGH DECLARATION
CASE NO. 5:18-CV-06868-NC

quality assurance procedures, the foregoing figures may change prior to the distribution to Settlement Class Members.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2020 at Seattle, Washington.

_Jennifer M. Keough_ _____

Jennifer M. Keough

# EXHIBIT A



July 2, 2020

The United States Attorney General
And the Appropriate State Officials
Identified on Attachment A

      **RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, and on behalf of Defendants Bumble Trading, Inc., and Bumble Holdings, LTD., in the below-referenced class action (the "Action").  Plaintiffs' Motion for Preliminary Approval of Class Action Settlement was filed with the United States District Court for the Northern District of California on June 22, 2020 and the hearing on the Motion is scheduled for July 15, 2020.

| | |
|---|---|
| **Case Name:** | *King et al. v. Bumble Trading, Inc. et al.* |
| **Case Number:** | 5:18-cv-06868-NC |
| **Jurisdiction:** | United States District Court, Northern District of California, San Jose Division |
| **Date Proposed Settlement filed with Court:** | June 22, 2020 |

Pursuant to 28 U.S.C. § 1715(b), the enclosed CD contains the following documents filed in the Action:

    **01 – Complaint.pdf**
        Class Action Complaint, filed November 13, 2018

    **02 – First Amended Complaint.pdf**
        First Amended Class Action Complaint, filed February 13, 2019

    **03 – Second Amended Complaint.pdf**
        Second Amended Class Action Complaint, filed April 5, 2019

    **04 –Third Amended Complaint.pdf**
        Third Amended Class Action Complaint, filed August 9, 2019

    **05 – Motion for Preliminary Approval of Class Action Settlement.pdf**
        Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, filed June 22, 2020

    **06 – Settlement Agreement.pdf**
        Class Action Settlement Agreement, filed June 22, 2020, and attaching:

        **1. Proposed Email and Postcard Notices**
        **2. Proposed Long-Form Notice**
        **3. Proposed Order Granting Final Approval**
        **4. Proposed Claim Forms**

**5. Proposed Judgment**
**6. Proposed Order Granting Preliminary Approval**
**7. Proposed Opt-Out Form**

Pursuant to 28 U.S.C. § 1715(b)(7), annexed as Attachment B is the estimated and rounded number of class members and estimated and rounded percent of recovery for each respective State.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representatives at:

Michael Graham Rhodes (rhodesmg@cooley.com)
Kyle Christopher Wong (kwong@cooley.com)
COOLEY LLP
101 California St, 5th Floor
San Francisco, CA 94111-5800
Telephone: 415-693-2000

For questions regarding this notice, please contact us at:

JND Legal Administration
1100 2nd Ave., Suite 300
Seattle, WA 98101
Phone: 800-207-7160

Regards,

/s/

JND Legal Administration

*King, et al. v. Bumble Trading, Inc., et al.* Class Action
Case No. 5:18-cv-06868-NC
CAFA Notice – Attachment A – Service List

Kevin G. Clarkson
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Office of the Attorney General
501 Washington Ave
Montgomery, AL  36104

Leslie Rutledge
Office of the Attorney General
323 Center St
Ste 200
Little Rock, AR  72201

Mark Brnovich
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334

Clare E. Connors
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

Thomas J. Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319

Lawrence G. Wasden
State of Idaho
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

*King et al v. Bumble Trading, Inc et al* Class Action
Case No. 5:18-cv-06868-NC
CAFA Notice – Attachment A – Service List

Curtis T. Hill, Jr.
Indiana Attorney General's Office
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Derek Schmidt
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612

Daniel Cameron
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601

Jeff Landry
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl
Boston, MA  02108

Brian E. Frosh
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 1400
St. Paul, MN  55101

Eric Schmitt
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Tim Fox
Office of the Attorney General
215 N. Sanders
Justice Building, Third Fl
Helena, MT  59601

Josh Stein
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Wayne Stenehjem
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

*King et al v. Bumble Trading, Inc et al* Class Action
Case No. 5:18-cv-06868-NC
CAFA Notice – Attachment A – Service List

Doug Peterson
Office of the Attorney General
2115 State Capitol
Lincoln, NE  68509

Gordon MacDonald
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH  03301

Gurbir S. Grewal
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ  08611

Hector Balderas
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM  87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV  89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY  10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH  43215

Mike Hunter
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK  73105

Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St NE
Salem, OR  97301

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA  17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI  02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC  29201

Jason Ravnsborg
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501

Herbert H. Slatery, III
Office of the Attorney General
301 6th Ave N
Nashville, TN  37243

*King et al v. Bumble Trading, Inc et al* Class Action
Case No. 5:18-cv-06868-NC
CAFA Notice – Attachment A – Service List

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Mark R. Herring
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

T.J. Donovan
Attorney General's Office
109 State St.
Montpelier, VT  05609

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501

Josh Kaul
Attorney General's Office
114 E State Capitol
Madison, WI  53702

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305

Bridget Hill
Office of the Attorney General
Kendrick Building
2320 Capitol Ave
Cheyenne, WY  82002

Karl A. Racine
Office of the Attorney General
441 4th St NW
Suite 1100 S
Washington, DC  20001

William P Barr
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

David C. Parisi
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA  90405

Grace E. Parasmo
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA  90046

Michael Graham Rhodes
COOLEY LLP
101 California St, 5th Floor
San Francisco, CA  94111

Kyle Christopher Wong
COOLEY LLP
101 California St, 5th Floor
San Francisco, CA  94111

*King, et al. v. Bumble Trading, Inc., et al.* Class Action

Case No. 5:18-cv-06868-NC

CAFA Notice - Proportionate Share of Class Members – Attachment B

| State | Estimated/Rounded Number of Class Members | Estimated/Rounded Percent of Recovery |
|-------|-------------------------------------------|---------------------------------------|
| AK | | |
| AL | | |
| AR | | |
| AZ | | |
| CA | | |
| CO | | |
| CT | | |
| DC | | |
| DE | | |
| FL | | |
| GA | | |
| HI | | |
| IA | | |
| ID | | |
| IL | | |
| IN | | |
| KS | | |
| KY | | |
| LA | | |
| MA | | |
| MD | | |
| ME | | |
| MI | | |
| MN | | |
| MO | | |
| MS | | |
| MT | | |
| NC | | |
| ND | | |
| NE | | |
| NH | | |
| NJ | | |

| NM | |
|----|----|
| NV | |
| NY | |
| OH | |
| OK | |
| OR | |
| PA | |
| RI | |
| SC | |
| SD | |
| TN | |
| TX | |
| UT | |
| VA | |
| VT | |
| WA | |
| WI | |
| WV | |
| WY | |

# EXHIBIT B

**If you purchased a Bumble Boost subscription, you may be entitled to money**
**Your Claim Number:** 1A2B3C4D5E

A class action settlement has been preliminarily approved by the U.S. District Court for the Northern District of California in a case called *King, et al. v. Bumble Trading, Inc., et al.*, No. 5:18-cv-06868.  Your rights may be affected and you may be entitled to a cash payment if you make a claim.

**What is the case about?**  The case alleges that Bumble's Terms & Conditions fail to notify subscribers of their legal right to cancel their Boost subscription and obtain a refund within three business days in violation of certain consumer protection laws that may apply to all of Bumble's Boost users nationwide.  The case also alleges that certain of Bumble's auto-renewal practices violate California law.  Bumble vigorously denies these allegations and has not admitted fault.

**What are the settlement benefits?**  Bumble has agreed to establish a settlement fund and to make certain changes to its Terms & Conditions and auto-renewal practices.

**Who is included in the settlement?** The Court certified two settlement classes.  You are in the nationwide class if you purchased a Bumble Boost subscription in the United States any time between November 13, 2014 and July 15, 2020.  You are also in the California class if you purchased Boost in California and your subscription was auto-renewed during this time period.  You received this email because records indicate **you may be in both classes**.

**How much will I get paid?**  Your total payment amount will depend on the number of valid claims submitted, which class or classes you are a member of, how much you paid for Boost, and how much the Court may approve for attorneys' fees (which may be up to $6,075,000 – 27% of the settlement fund), expenses up to $15,104 and any service awards (which may be up to $15,000) to the three class representatives, which amounts will be deducted from the settlement fund.  **Class Counsel estimate that as a member of both classes, you will likely receive an average of between $64 and $129, depending on the number of valid claims submitted and the amount of the fees, expenses and awards approved by the Court.**

**How do I receive payment?** To receive a cash payment, go to the claim form and enter the information requested, including how you'd like to be paid (PayPal, Venmo, Zelle, or check).  You may also call 1-888-383-0346 to obtain a claim form.  **All claim forms must be postmarked or submitted online by November 23, 2020.**

**Released Claims**. If you submit a claim, do nothing, or do not exclude yourself from the settlement, you will be releasing Bumble from certain claims relating to the automatic renewal of a Boost subscription as well as certain claims relating to your purchase of Boost or the denial of a refund.  This means you will not be able

to sue for those claims in the future.  For more information on the released claims and who you are releasing, view the full class notice at the website below.

**Exclude yourself:**  If you do not want to be legally bound by the settlement, you must either exclude yourself online at www.BumbleBoostSettlement.com, or mail the opt-out form available at www.BumbleBoostSettlement.com to Bumble Boost Settlement, c/o JND Legal Administration, PO Box 91166, Seattle, WA 98111.  **All exclusion requests must be postmarked or submitted online by November 13, 2020.**

**Do nothing.**  If you do nothing, you will not receive a cash payment and you will release any claims you may have that relate to the factual and legal issues in the case.

**Object to the settlement:**  If you wish to object to the settlement, you must send a written objection to the Court, following the instructions in the notice found at www.BumbleBoostSettlement.com. Objections which are mailed must be sent to Class Action Clerk, United States Courthouse, Northern District of California, 280 South 1st Street, Room 2112, San Jose, California 95113.  You can also file your objection in person at any location of the United States District Court for the Northern District of California.  **Your objection must be filed with the Court, or if mailed, postmarked by November 13, 2020.**

**Final Approval:**  The Court will hold a hearing on **December 16, 2020**, at 2:00 p.m. via Zoom, to consider whether to approve the Settlement.  The Court will provide access details closer to the date of the hearing.   Be sure to check the settlement website for updates.  You may appear at the hearing, either in person or through an attorney hired by you, but you are not required to do so.

This notice is only a summary.  For more information and to view the full class notice, call **1-888-383-0346**, or visit www.BumbleBoostSettlement.com.   Please do not call the Court or clerk's office with questions about the settlement.


**Use of Data:**  To contact you and process your claim, Bumble Trading Inc., Bumble Holding Ltd. (Bumble) and the Settlement Administrator may process certain personal information, including your name, email, phone number, Boost purchase details, and any information that you submit in your claim. This information will or has been used by Bumble and the Settlement Administrator to notify you about the settlement and to process your claim. It is in Bumble's legitimate interests to use your data to enable settlement of claims. Bumble will share your data with the Settlement Administrator solely for use in this settlement and may transfer your data from the UK to the US for these purposes only under model clauses that have been put in place between Bumble Holding Ltd and the Settlement Administrator, found here: https://eur-lex.europa.eu/legal-content/en/TXT/?uri=CELEX%3A32010D0087. To review Bumble's Privacy Policy, visit https://bumble.com/privacy.

# EXHIBIT C

**If you purchased a Bumble Boost subscription, you may be entitled to money**
**Your Claim Number:** 1A2B3C4D5E

A class action settlement has been preliminarily approved by the U.S. District Court for the Northern District of California in a case called *King, et al. v. Bumble Trading, Inc., et al.*, No. 5:18-cv-06868.  Your rights may be affected and you may be entitled to a cash payment if you make a claim.

**What is the case about?**  Plaintiffs allege that Bumble's Terms & Conditions fail to notify subscribers of their legal right to cancel their Boost subscription and obtain a refund within three business days in violation of certain consumer protection laws that may apply to all of Bumble's Boost users nationwide  Plaintiffs also allege that for certain California subscribers, Bumble violated California Business and Professions Code sections 17600 to 17606.   Bumble vigorously denies these allegations and has not admitted fault.

**What are the settlement benefits?**  Bumble has agreed to establish a settlement fund and to make certain changes to its Terms & Conditions and practices.

**Who is included in the settlement?** The Court certified two settlement classes.  You are in the nationwide class if you purchased a Bumble Boost subscription in the United States any time between November 13, 2014 and July 15, 2020.  The California class applies only to certain people with California Business and Professions Code sections 17600 to 17606 claims.  You received this email because records indicate **you are in the nationwide class only**.

**How much will I get paid?**  Your total payment amount will depend on the number of valid claims submitted, which class or classes you are a member of, how much you paid for Boost, and how much the Court may approve for attorneys' fees (which may be up to $6,075,000 – 27% of the settlement fund), expenses up to $15,104 and any service awards (which may be up to $15,000) to the three class representatives, which amounts will be deducted from the settlement fund. Nationwide class members will receive a pro-rata portion of the amount of the fund allocated to the nationwide class.  **Class Counsel estimate that as a member of the nationwide class, you will likely receive between $21 and $44, depending on the number of valid claims submitted and the amount of fees, expenses and awards approved by the Court.**

**How do I receive payment?** To receive a cash payment, go to the claim form and enter the information requested, including how you'd like to be paid (PayPal, Venmo, Zelle, or check).  You may also call 1-888-383-0346 to obtain a claim form. **All claim forms must be postmarked or submitted online by November 23, 2020.**

**Released Claims**. If you submit a claim, do nothing, or do not exclude yourself from the settlement, you will be releasing Bumble from certain claims relating to your purchase of Boost or the denial of a refund. This means that you will not be able to sue for those claims in the future.  For more information on the released

claims and who you are releasing, view the full class notice at the settlement website below.

**Exclude yourself:** If you do not want to be legally bound by the settlement, you must either exclude yourself online at www.BumbleBoostSettlement.com, or mail the opt-out form available at www.BumbleBoostSettlement.com to Bumble Boost Settlement, c/o JND Legal Administration, PO Box 91166, Seattle, WA 98111. **All exclusion requests must be postmarked or submitted online by November 13, 2020.**

**Do nothing.** If you do nothing, you will not receive a cash payment and you will release any claims you may have that relate to the factual and legal issues in the case.

**Object to the settlement:** If you wish to object to the settlement, you must send a written objection to the Court, following the instructions in the notice found at www.BumbleBoostSettlement.com. Objections which are mailed must be sent to Class Action Clerk, United States Courthouse, Northern District of California, 280 South 1st Street, Room 2112, San Jose, California 95113. You can also file your objection in person at any location of the United States District Court for the Northern District of California. **Your objection must be filed with the Court, or if mailed, postmarked by November 13, 2020.**

**Final Approval:** The Court will hold a hearing on **December 16, 2020**, at 2:00 p.m. via Zoom, to consider whether to approve the Settlement. The Court will provide access details closer to the date of the hearing. Be sure to check the settlement website for updates. You may appear at the hearing, either yourself or through an attorney hired by you, but you are not required to do so.

This notice is only a summary. For more information and to view the full class notice, call **1-888-383-0346**, or visit www.BumbleBoostSettlement.com. Please do not call the Court or clerk's office with questions about the settlement.

**Use of Data:** To contact you and process your claim, Bumble Trading Inc., Bumble Holding Ltd. (Bumble) and the Settlement Administrator may process certain personal information, including your name, email, phone number, Boost purchase details, and any information that you submit in your claim. This information will or has been used by Bumble and the Settlement Administrator to notify you about the settlement and to process your claim. It is in Bumble's legitimate interests to use your data to enable settlement of claims. Bumble will share your data with the Settlement Administrator solely for use in this settlement and may transfer your data from the UK to the US for these purposes only under model clauses that have been put in place between Bumble Holding Ltd and the Settlement Administrator, found here: https://eur-lex.europa.eu/legal-content/en/TXT/?uri=CELEX%3A32010D0087. To review Bumble's Privacy Policy, visit https://bumble.com/privacy.

# EXHIBIT D

<u>COURT AUTHORIZED</u>
<u>NOTICE OF CLASS ACTION</u>
<u>AND PROPOSED SETTLEMENT</u>

**Settlement Administrator**
c/o JND Legal Administration
P.O. Box 91166
Seattle, WA 98111

First-Class
Mail
US Postage
Paid
Permit #___

**You May be a Member
of a Class Action and
Could Get Money
from a Settlement if
You Make a Claim.**

«Barcode»

Postal Service: Please do not mark barcode

«Name»
«Addr1»
«Addr2»
«City», «ST»  «Zip»
«Country»

**If you purchased a Bumble Boost subscription, you may be entitled to money**

**Your Claim Number: «NameNumber»**

A class action settlement has been preliminarily approved by the U.S. District Court for the Northern District of California in a case called *King, et al. v. Bumble Trading, Inc., et al.*, No. 5:18-cv-06868.  Your rights may be affected and you may be entitled to a cash payment if you make a claim.

**What is the case about?**  The case alleges that Bumble's Terms & Conditions fail to notify subscribers of their legal right to cancel their Boost subscription and obtain a refund within three business days in violation of certain consumer protection laws that may apply to all of Bumble's Boost users nationwide.  The case also alleges that certain of Bumble's auto-renewal practices violate California law.  Bumble vigorously denies these allegations and has not admitted fault.

**What are the settlement benefits?**  Bumble has agreed to establish a settlement fund and to make certain changes to its Terms & Conditions and auto-renewal practices.

**Who is included in the settlement?**  The Court certified two settlement classes. You are in the nationwide class if you purchased a Bumble Boost subscription in the United States any time between November 13, 2014 and July 15, 2020.  You are also in the California class if you purchased Boost in California and your subscription was auto-renewed during this time period.  You received this postcard because records indicate **you may be in both classes**.

**How much will I get paid?**  Your total payment amount will depend on the number of valid claims submitted, which class or classes you and least number of how much you paid for Boost, and how much the Court may approve for attorneys' fees (which may be up to $6,075,000 – 27% of the settlement fund), expenses up to $15,104 and any service awards (which may be up to $15,000) to the three class representatives, which amounts will be deducted from the settlement fund.  **Class Counsel estimate that as a member of both classes, you will likely receive an average of between $64 and $129, depending on the number of valid claims submitted and the amount of the fees, expenses and awards approved by the Court.**

**How do I receive payment?**  To receive a cash payment, go to www.BumbleBoostSettlement.com, enter your Claim Number listed above, and the information requested, including how you'd like to get paid (PayPal, Venmo, Zelle, or check).  You may also call 1-888-383-0346 to obtain a claim form.  **All claim forms must be postmarked or submitted online by November 23, 2020.**

**Released Claims**. If you submit a claim, do nothing, or do not exclude yourself from the settlement, you will be releasing Bumble from certain claims relating to the automatic renewal of a Boost subscription as well as certain claims relating to your purchase

of Boost or the denial of a refund.  This means you will not be able to sue for those claims in the future.  For more information on the released claims and who you are releasing, view the full class notice at the website below.

**Exclude yourself:**  If you do not want to be legally bound by the settlement, you must either exclude yourself online at www.BumbleBoostSettlement.com, or mail the opt-out form available at www.BumbleBoostSettlement.com to Bumble Boost Settlement, c/o JND Legal Administration, PO Box 91166, Seattle, WA 98111.  **All exclusion requests must be postmarked or submitted online by November 13, 2020.**

**Do nothing.**  If you do nothing, you will not receive a cash payment and you will release any claims you may have that relate to the factual and legal issues in the case.

**Object to the settlement:**  If you wish to object to the settlement, you must send a written objection to the Court, following the instructions in the notice found at www.BumbleBoostSettlement.com. Objections which are mailed must be sent to Class Action Clerk, United States Courthouse, Northern District of California, 280 South 1st Street, Room 2112, San Jose, California 95113. You can also file your objection in person at any location of the United States District Court for the Northern District of California.  **Your objection must be filed with the Court, or if mailed, postmarked by November 13, 2020.**

**Final Approval:**  The Court will hold a hearing on **December 16, 2020,** at 2:00 p.m. via Zoom, to consider whether to approve the Settlement.  The Court will provide access details closer to the date of the hearing.  Be sure to check the settlement website for updates.  You may appear at the hearing, either in person or through an attorney hired by you, but you are not required to do so.

This notice is only a summary.  For more information and to view the full class notice, call **1-888-383-0346,** email **info@BumbleBoostSettlement.com,** or visit **www.BumbleBoostSettlement.com**.  Please do not call the Court or clerk's office with questions about the settlement.

**Use of Data:**  To contact you and process your claim, Bumble Trading Inc., Bumble Holding Ltd. (Bumble) and the Settlement Administrator may process certain personal information, including your name, email, phone number, Boost purchase details, and any information that you submit in your claim. This information will or has been used by Bumble and the Settlement Administrator to notify you about the settlement and to process your claim. It is in Bumble's legitimate interests to use your data to enable settlement of claims. Bumble will share your data with the Settlement Administrator solely for use in this settlement and may transfer your data from the UK to the US for these purposes only under model clauses that have been put in place between Bumble Holding Ltd and the Settlement Administrator, found here: https://eur-lex.europa.eu/legal-content/en/TXT/?uri=CELEX%3A32010D0087.  To review Bumble's Privacy Policy, visit https://bumble.com/privacy.

*Carefully separate this Address Change Form at the perforation*

*Name:* _____

*Current Address:* _____

_____

_____

CLAIMANT ID: «NameNumber»

| PLACE |
| STAMP |
| HERE |

Settlement Administrator
c/o JND Legal Administration
P.O. Box 91166
Seattle, WA 98111

# EXHIBIT E

<u>COURT AUTHORIZED</u>
<u>NOTICE OF CLASS ACTION</u>
<u>AND PROPOSED SETTLEMENT</u>

**Settlement Administrator**
c/o JND Legal Administration
P.O. Box 91166
Seattle, WA 98111

First-Class
Mail
US Postage
Paid
Permit #___

**You May be a Member
of a Class Action and
Could Get Money
from a Settlement if
You Make a Claim.**

«Barcode»

Postal Service: Please do not mark barcode

«Name»
«Addr1»
«Addr2»
«City», «ST»  «Zip»
«Country»

**If you purchased a Bumble Boost subscription, you may be entitled to money**

**Your Claim Number: «NameNumber»**

A class action settlement has been preliminarily approved by the U.S. District Court for the Northern District of California in a case called *King, et al. v. Bumble Trading, Inc., et al.*, No. 5:18-cv-06868. Your rights may be affected and you may be entitled to a cash payment if you make a claim.

**What is the case about?** Plaintiffs allege that Bumble's Terms & Conditions fail to notify subscribers of their legal right to cancel their Boost subscription and obtain a refund within three business days in violation of certain consumer protection laws that may apply to all of Bumble's Boost users nationwide. Plaintiffs also allege that for certain California subscribers, Bumble violated California Business and Professions Code sections 17600 to 17606. Bumble vigorously denies these allegations and has not admitted fault.

**What are the settlement benefits?** Bumble has agreed to establish a settlement fund and to make certain changes to its Terms & Conditions and practices.

**Who is included in the settlement?** The Court certified two settlement classes. You are in the nationwide class if you purchased a Bumble Boost subscription in the United States any time between November 13, 2014 and July 15, 2020. The California class applies only to certain people with California Business and Professions Code sections 17600 to 17606 claims. You received this postcard because records indicate **you are in the nationwide class only**.

**How much will I get paid?** Your total payment amount will depend on the number of valid claims submitted, which class or classes you are a member of, how much you paid for Boost, and how much the Court may approve for attorneys' fees (which may be up to $6,075,000 – 27% of the settlement fund), expenses up to $15,104 and any service awards (which may be up to $15,000) to the three class representatives, which amounts will be deducted from the settlement fund. Nationwide class members will receive a pro-rata portion of the amount of the fund allocated to the nationwide class. **Class Counsel estimate that as a member of the nationwide class, you will likely receive between $21 and $44, depending on the number of valid claims submitted and the amount of fees, expenses and awards approved by the Court.**

**How do I receive payment?** To receive a cash payment, go to www.BumbleBoostSettlement.com, enter your Claim Number listed above, and the information requested, including how you'd like to be paid (PayPal, Venmo, Zelle, or check). You may also call 1-888-383-0346 to obtain a claim form. **All claim forms must be postmarked or submitted online by November 23, 2020.**

**Released Claims.** If you submit a claim, do nothing, or do not exclude yourself from the settlement, you will be releasing Bumble from certain claims relating to your purchase of Boost or the denial of a refund. This means that you will not be able to sue for

those claims in the future. For more information on the released claims and who you are releasing, view the full class notice at the settlement website below.

**Exclude yourself:** If you do not want to be legally bound by the settlement, you must either exclude yourself online at www.BumbleBoostSettlement.com, or mail the opt-out form available at www.BumbleBoostSettlement.com to Bumble Boost Settlement, c/o JND Legal Administration, PO Box 91166, Seattle, WA 98111. **All exclusion requests must be postmarked or submitted online by November 13, 2020.**

**Do nothing.** If you do nothing, you will not receive a cash payment and you will release any claims you may have that relate to the factual and legal issues in the case.

**Object to the settlement:** If you wish to object to the settlement, you must send a written objection to the Court, following the instructions in the notice found at www.BumbleBoostSettlement.com. Objections which are mailed must be sent to Class Action Clerk, United States Courthouse, Northern District of California, 280 South 1st Street, Room 2112, San Jose, California 95113. You can also file your objection in person at any location of the United States District Court for the Northern District of California. **Your objection must be filed with the Court, or if mailed, postmarked by November 13, 2020.**

**Final Approval:** The Court will hold a hearing on December 16, 2020, at 2:00 p.m. via Zoom, to consider whether to approve the Settlement. The Court will provide access details closer to the date of the hearing. Be sure to check the settlement website for updates. You may appear at the hearing, either yourself or through an attorney hired by you, but you are not required to do so.

This notice is only a summary. For more information and to view the full class notice, call **1-888-383-0346**, email **info@BumbleBoostSettlement.com**, or visit **www.BumbleBoostSettlement.com**. Please do not call the Court or clerk's office with questions about the settlement.

**Use of Data:** To contact you and process your claim, Bumble Trading Inc., Bumble Holding Ltd. (Bumble), and the Settlement Administrator may process certain personal information, including your name, email, phone number, Boost purchase details, and any information that you submit in your claim. This information will or has been used by Bumble and the Settlement Administrator to notify you about the settlement and to process your claim. It is in Bumble's legitimate interests to use your data to enable settlement of claims. Bumble will share your data with the Settlement Administrator solely for use in this settlement and may transfer your data from the UK to the US for these purposes only under model clauses that have been put in place between Bumble Holding Ltd and the Settlement Administrator, found here: https://eur-lex.europa.eu/legal-content/en/TXT/?uri=CELEX%3A32010D0087. To review Bumble's Privacy Policy, visit https://bumble.com/privacy.

*Carefully separate this Address Change Form at the perforation*

Name: _____

Current Address: _____

_____

_____

CLAIMANT ID: «NameNumbers»

| PLACE |
| STAMP |
| HERE |

Settlement Administrator
c/o JND Legal Administration
P.O. Box 91166
Seattle, WA 98111

# EXHIBIT F

**Source:** *JND Legal Administration*

*July 18, 2020 00:03 ET*

# JND Legal Administration, Parasmo Lieberman Law and Parisi & Havens LLP: Bumble Dating App and Subscribers Reach a Class Action Settlement

SAN FRANCISCO, July 17, 2020 (GLOBE NEWSWIRE) -- Bumble Trading Inc. and Bumble Holding Ltd. and proposed classes of Bumble Boost purchasers today announced that they have reached a proposed settlement to resolve a consumer class action.

The lawsuit claims that Bumble's Terms & Conditions, which state that New York law applies to all Bumble users nationwide, violated a New York law that provides consumers who purchase "social referral services" with a three-day "cooling-off period," during which a user has a right to a refund upon cancellation. The lawsuit also alleges that Bumble's auto-renewal practices violated California law.  Bumble denies that it is a "social referral service" under the New York law, denies that it violated California's auto-renewal law, and denies all other allegations against it.

On July 15, 2020, U.S. District Court Magistrate Judge Nathanael Cousins granted preliminary approval of the proposed settlement and preliminarily certified two classes for settlement purposes only: a Nationwide Class of all persons who purchased a subscription to Bumble Boost in the United States between November 13, 2014 and July 15, 2020 and a California Class of all persons who purchased Bumble Boost in California and were charged auto-renewal fees during this same time period.

If the settlement is finally approved by the Court, Bumble will make a payment into a settlement fund and will make certain changes in its purchase process and refund policy.

To get a payment, Settlement Class Members must submit a valid claim by **November 23, 2020**.

Settlement Class Members can exclude themselves from the settlement classes if they want to keep their rights to sue Bumble about the claims in the lawsuit. If Class Members exclude themselves, they cannot receive the benefits provided by the settlement. Exclusion requests must be postmarked by **November 13, 2020**. Class Members who do

not exclude themselves will be bound by releases and any pertinent waivers if the Court approves the settlement.

Class Members who stay in the settlement classes may object to the settlement and tell the Court why they don't like the settlement. Objections must be filed with the Court by **November 13, 2020**. Class Members can obtain information about how to exclude themselves or how to object to the settlement on the settlement website at www.BumbleBoostSettlement.com.

The final approval hearing is scheduled for **December 16, 2020 at 2:00 p.m. (PT)** via Zoom. At the hearing, the Court will decide whether the settlement is fair and reasonable and award attorneys' fees and expenses and class representative service awards. The attorneys' fees and expenses and the service awards will be deducted from the settlement fund. Class Members may appear at the hearing, either in person or through an attorney, but this is not required.

For additional information about the settlement and to make a claim for payment, visit the settlement website at www.BumbleBoostSettlement.com or contact the settlement administrator toll-free by phone at 1-888-383-0346 or by email at info@BumbleBoostSettlement.com.

Class counsel may also be reached by contacting Grace E. Parasmo (gparasmo@parasmoliebermanlaw.com) and Yitzchak Lieberman (ylieberman@parasmolieberman.com) of Parasmo Lieberman Law at (424) 241-2776 or David Parisi (dcparisi@parisihavens.com) and Suzanne Havens Beckman (shavens@parisihavens.com) of Parisi & Havens LLP at (818) 990-1299.

# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you purchased Bumble Boost any time between November 13, 2014 and July 15, 2020, you could get a payment from a class action settlement.

**A federal court authorized this notice. This is <u>not</u> a solicitation from a lawyer.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The **only** way to get a payment. You will be bound by the terms of the Settlement and will give up your rights to sue Bumble about the issues in this case. | November 23, 2020 |
| **EXCLUDE YOURSELF** | You will receive no payment, but you will retain any rights you currently have to sue Bumble about the issues in this case. | November 13, 2020 |
| **OBJECT** | Write to the Court and explain why you do not like the Settlement. | November 13, 2020 |
| **GO TO HEARING** | Ask to speak in Court about the fairness of the Settlement. | December 16, 2020 |
| **DO NOTHING** | You **will not** get a payment and will give up your rights to sue Bumble about the issues in this case. | No Deadline |

- A settlement has been reached in a class action against Bumble Trading Inc. and Bumble Holding Ltd. (Bumble). The case alleges that Bumble's Terms & Conditions fail to notify subscribers of their legal right to cancel their Boost subscription and obtain a refund within three business days of purchase in violation of certain consumer protection laws that may apply to all of Bumble's Boost users nationwide. The case also alleges that for certain users in California, Bumble's auto-renewal practices violate California law. Bumble vigorously denies these allegations and does not admit fault.

- There are two classes in this case—a Nationwide and a California class. You are a Nationwide Class Member if you purchased Bumble Boost in the United States at any time between November 13, 2014 and July 15, 2020. You are in both the Nationwide and California Classes if you purchased Bumble Boost in California and your subscription was auto-renewed during this time period.

- The Settlement establishes a $22.5 million fund which will be used to pay Settlement Class Members after deductions for amounts that the Court may approve for notice and administration of the Settlement, attorneys' fees and expenses, and service awards for the Class Representatives.

- **Class Counsel estimate that the average payment for persons who are only members of the Nationwide Class will be between $21 and $44. These estimates depend on the number of valid claims submitted and the amount of fees, expenses and awards that may be approved by the Court.**

- **Class Counsel estimate that a person who is a member of both the Nationwide Class and the California Class will receive an average payment of between $64 and $129 when the payments for the two classes are combined. These estimates depend on how much you were charged in auto-renewal fees for Bumble Boost, the number of valid claims submitted and the amount of fees, expenses and awards that may be approved by the Court.**

- To get a payment, you must select your payment method (Venmo, Zelle, PayPal, or check) by submitting a claim form no later than **November 23, 2020**.

- **Please read this notice carefully.** Your legal rights may be affected whether you act or do not act. These rights and options—and **the deadlines to exercise them—**are explained in this Notice.

The Court in charge of this case has not yet decided whether to approve the Settlement. Payments will be provided only if the Court approves the Settlement and after any appeals are resolved. Please be patient.

## <u>TABLE OF CONTENTS</u>

1.  Why was this Notice issued? ................................................................................4

2.  What is a class action lawsuit? ............................................................................4

3.  What is this lawsuit about? ..................................................................................4

4.  Why is there a Settlement? ..................................................................................5

5.  How do I know if I am part of the Settlement? ...................................................5

6.  Are there any exceptions to being included in the Settlement? ...........................5

7.  I'm not sure if I'm included. ...............................................................................5

8.  What does the Settlement provide? ......................................................................6

9.  How much will my payment be? ..........................................................................6

10. How will my payment be calculated? ..................................................................7

11. How can I get a payment? ...................................................................................7

12. How will my claims be processed? ......................................................................8

13. When will I get my payment? ..............................................................................8

14. What rights am I giving up to receive a settlement payment or stay in the Settlement Class? ...........8

15. How do I get out of the Settlement? ....................................................................9

16. If I don't exclude myself, can I sue Bumble for the same thing later? ................9

17. If I exclude myself, can I get money from this Settlement? ...............................10

18. Do I have a lawyer in this case? .......................................................................10

19. How will the lawyers be paid? ..........................................................................10

20. How do I tell the Court I do not like the Settlement? .......................................10

21. What is the difference between objecting and asking to be excluded? ..............11

22. When and where will the Court decide whether to approve the Settlement? .............12

23. Do I have to come to the hearing? .....................................................................12

24. May I speak at the hearing? ..............................................................................12

25. What happens if I do nothing at all? .................................................................12

26. Are there more details about the Settlement? ...................................................13

27. How do I get more information? .........................................................................13

## BASIC INFORMATION

| 1. | Why was this Notice issued? |
|---|---|

A Court authorized this Notice to let you know about a proposed Settlement of a class action lawsuit with Bumble. You have legal rights and options that you may exercise before the Court decides whether to approve the proposed Settlement. This Notice explains the Lawsuit, the Settlement, and your legal rights.

Magistrate Judge Nathanael Cousins of the U.S. District Court for the Northern District of California is overseeing this class action. The case is known as *King et al. v. Bumble Trading, Inc. et al.,* No. 5:18-cv-06868-NC. The individuals who sued are called the Class Representatives. The companies they sued, Bumble Trading Inc. and Bumble Holding Ltd., are called the Defendants.

| 2. | What is a class action lawsuit? |
|---|---|

In a class action, one or more Class Representatives sue on behalf of a group of people who have similar claims. In this case and under this Settlement, these people are together called a "Settlement Class" or "Settlement Class Members," except for those who exclude themselves from the Settlement Class. In a class action, the court resolves the issues for all Settlement Class Members. After the parties reached an agreement to settle this case, the Court recognized it as a case that may be treated as a class action for settlement purposes only.

## THE CLAIMS IN THE LAWSUIT AND THE SETTLEMENT

| 3. | What is this lawsuit about? |
|---|---|

The lawsuit claims that Bumble's Terms & Conditions, which stated that New York law applies to all Bumble users nationwide, violated New York law because they did not notify Boost purchasers of their legal right to cancel Bumble Boost and obtain a refund within three business days of purchase. The lawsuit claims that Bumble violated the New York Dating Services Law, N.Y. G.B.L. § 394-c and New York's consumer protection law, N.Y. GBL § 349. If these laws are violated, a person is entitled to receive actual damages or up to $50 statutory damages, whichever is greater. Plaintiffs also allege claims for unjust enrichment.

The lawsuit also alleges claims under California law for consumers who purchased Bumble Boost subscriptions in California. The Court decided that Plaintiffs could proceed with claims based on violations of California's Automatic Renewal Law, Cal. Bus. Prof. Code § 17600, *et. seq.,* because the law represents a fundamental policy in California. The lawsuit alleges that Bumble violated California's Automatic Renewal Law in certain ways, including not adequately disclosing the automatic renewal offer terms of the Bumble Boost subscription in a clear and conspicuous manner. The lawsuit alleges these practices violate California's Unfair Competition Law, California Business & Professions Code § 17200, *et seq.*, California's Consumer Legal Remedies Act, Cal. Civ. Code § 1770(a)(14), and give rise to a common count for money had and received.

Bumble vigorously denies all allegations of wrongdoing and denies liability as to all claims. The Settlement is not an admission of, and does not establish any, wrongdoing by Bumble.

More information about the complaint in the lawsuit and Bumble's answer can be found in the "Court Documents" section of this Settlement website at www.BumbleBoostSettlement.com/documents.

| **4.** | **Why is there a Settlement?** |
|---|---|

The Court has not decided whether the Class Representatives or Bumble should win this case. Instead, both sides agreed to a Settlement. The Class Representatives and their attorneys ("Class Counsel") believe that the Settlement is in the best interests of the Settlement Class Members.

## WHO IS IN THE SETTLEMENT?

| **5.** | **How do I know if I am part of the Settlement?** |
|---|---|

You are included in the Settlement if you fit one or both of the following descriptions:

- The **Nationwide Class** includes all persons in the United States who purchased Bumble Boost at any time between November 13, 2014 and July 15, 2020. (This is called the DSL Settlement Class in the Settlement Agreement.)

- The **California Class** includes all persons who purchased Bumble Boost, within California, any time between November 13, 2014 and July 15, 2020, and had their credit card, debit card, and/or a third-party payment account charged as part of Bumble's automatic renewal program or a continuous service program. (This is called the ARL Settlement Class in the Settlement Agreement.)

If you are in the California Class and you are also in the Nationwide Class, you will receive payments from each class if you timely make a valid claim.

If you received an email or postcard about this class action, Bumble's records show that you may be part of the Settlement.

| **6.** | **Are there any exceptions to being included in the Settlement?** |
|---|---|

You are not a Settlement Class Member if you are (1) a Judge or mediator presiding over this Action, or a member of their immediate families; (2) Bumble or a Bumble employee; (3) a person who properly and timely requested to be excluded from the Settlement; (4) Class Counsel; or (5) the legal representatives, successors, or assigns of any of these excluded persons.

| **7.** | **I'm not sure if I'm included.** |
|---|---|

If you are still not sure whether you are included, you can ask for free help. You can call 1-888-383-0346 or visit www.BumbleBoostSettlement.com for more information. Or you can fill out and return the claim form described in Question 11, to see if you qualify.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

| 8. | What does the Settlement provide? |
|---|---|

Bumble has agreed to create a settlement fund to be divided among all Settlement Class Members who send in a valid claim form, after deducting amounts the Court may approve for notice and administration costs, attorneys' fees and expenses, and Class Representatives' service awards.

Bumble also agrees to change certain of its practices and enter into an injunction that requires Bumble to adopt certain business practices for a period of 18 months. As long as New York Law is designated as the law governing Bumble's relationship with Bumble users, Bumble's Terms & Conditions will inform consumers nationwide of their rights to cancel their Bumble Boost subscription and obtain a full refund within three business days of their initial purchase. Moreover, in the event that Bumble changes the governing law, it agrees to provide consumers who reside in eleven states with notice of their right to cancel within three business days of purchase and obtain a full refund under their state's dating service law.

Bumble will also change certain of its subscription purchase flows in the Bumble App for users that purchase directly from Bumble, and not through a separate platform, to clearly and conspicuously disclose that Boost subscriptions purchased directly from Bumble will automatically renew for the same period and price unless the subscriber cancels at least 24 hours before the end of the period and these disclosures will describe the cancellation process. Bumble will also send a confirmation email containing this information to these users following a Boost purchase.

Bumble denies that it is legally obligated to make any of these changes but is doing so as part of the Settlement. The full terms of the injunctive relief can be found in the Settlement Agreement.

| 9. | How much will my payment be? |
|---|---|

Your total payment amount will depend on the number of valid claims submitted, which class or classes you are a member of, and for California Class members, the total amount you were charged to renew Boost. Your total payment amount will also depend on how much the Court may approve for attorneys' fees and expenses (which may be up to $6,090,104), and any service awards (which may be up to $15,000) to the three Class Representatives, which will be deducted from the settlement fund.

- Class Counsel estimate that the average payment for persons who are only members of the Nationwide Class will be between $21 and $44. These estimates depend on the number of valid claims submitted and the amount of fees, expenses and awards that may be approved by the Court.

- Class Counsel estimate that a person who is a member of both the Nationwide and California Class will receive an average payment of between $64 and $129 when the payments for the two classes are combined. These estimates depend on how much you were charged in auto-renewal fees for Bumble Boost, the number of valid claims submitted and the amount of fees, expenses and awards that may be approved by the Court.

| 10. | How will my payment be calculated? |
|---|---|

**Payment to Nationwide Class.** Nationwide Class members will receive a proportionate and equal share of the Nationwide fund, up to $100. If, after payments are made, there is money remaining in the Nationwide fund, then Nationwide Class members may be paid an additional amount. This additional amount, when combined with the first payment received from the Nationwide fund, may be up to $100.

**Payment to California Class.** California Class members will receive a share of the California fund proportionate to the amount the person was charged in renewal fees (after the initial subscription charge) for Boost. If, after payments are made, there is money remaining in the California fund, the California Class members may be paid an additional amount. This additional amount, when combined with the first payment received from the California fund, may be up to the total amount that California Class members were charged in auto-renewal fees for Boost.

If you are in both classes, your total payment will include a payment as a Nationwide Class member and a payment as a California Class member.

## HOW TO GET A PAYMENT—SUBMITTING A CLAIM FORM

| 11. | How can I get a payment? |
|---|---|

To get a payment, you must submit a valid, timely claim form. The claim form will allow you to select a payment method (Venmo, Zelle, PayPal, or check).

If you are a member of the Nationwide Class only, you should submit a Nationwide claim form.

If you are a member of both the Nationwide Class and the California Class, you should submit a combined claim form.

The claim forms are available on this website or by calling 1-888-383-0346, toll-free.

A claim form may be submitted online or by U.S. Mail sent to:

Bumble Boost Settlement
c/o JND Legal Administration
PO Box 91166
Seattle, WA 98111

When submitting a claim form online, go to www.BumbleBoostSettlement.com, and enter your Claim Number, which can be found on the postcard or email you received, to be directed to the proper claim form. If you do not have a Claim Number, you will be asked to enter other information.

If you timely file a valid Claim Form and your claim is approved, you will receive a payment.

Please read the claim forms carefully and provide all the information required.

***All Claim Forms must be submitted online or <u>postmarked</u> if mailed and properly completed by November 23, 2020.***

### 12.    How will my claims be processed?

To contact you and process claims, Bumble Trading Inc., Bumble Holding Ltd (Bumble), and the Settlement Administrator may process certain personal information, including your name, contact details (including email and phone number), your Boost transactions details, and information that you submit in the claims process. This information will or has been used by Bumble and the Settlement Administrator to notify you about your entitlement to payment and to administer claims. It is in Bumble's legitimate interests to use your data for these purposes to enable settlement of claims. Your data will be shared with the Settlement Administrator solely for use in this settlement. Your personal information may be transferred from the UK to the US for these purposes, pursuant to clauses that have been put in place between Bumble Holding Ltd. and the Settlement Administrator, modelled after the clauses found here: https://eur-lex.europa.eu/legal-content/en/TXT/?uri=CELEX%3A32010D0087.    The Bumble Privacy Policy is here: https://bumble.com/privacy.

### 13.    When will I get my payment?

The hearing to consider the final fairness of the Settlement is scheduled for December 16, 2020, at 2:00 p.m. via Zoom.  If the Court approves the Settlement, and after any appeals process is completed, Settlement Class Members whose claims were approved will be sent a check in the mail or receive funds electronically.  If Final Approval is granted, payments will be issued no sooner than March 1, 2021, but it could be longer.  Please be patient.  All checks will expire and become void 90 days after they are issued.

### 14.    What rights am I giving up to receive a settlement payment or stay in the Settlement Class?

Unless you exclude yourself, you will remain in the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against Bumble about the legal issues in this case. It also means that all of the Court's orders in this case will apply to you and legally bind you.

**If you are a member of the Nationwide Class, you will be releasing and giving up:**

any and all claims, demands, actions, causes of action, lawsuits, arbitrations, damages, or liabilities brought by a member of the Nationwide Class, whether known, unknown, legal, equitable, or otherwise, that arise out of or relate to the allegations in the operative complaint and that occurred between November 13, 2014 and July 15, 2020, relating to the purchase of Bumble Boost or denial of a refund for the purchase of Bumble Boost.

**If you are a member of the California Class, you will be releasing and giving up:**

any and all claims, demands, actions, causes of action, lawsuits, arbitrations, damages, or liabilities brought by a member of the California Class, whether known, unknown, legal, equitable, or otherwise, that arise out of or relate to the allegations in the operative complaint and that occurred between November 13, 2014 and July 15, 2020, relating to the "automatic" renewal of any Bumble Boost subscription and the disclosures,

acknowledgments, advertisements, trials, and features of any "automatic" renewal of any Bumble Boost subscription.

**This includes a release of unknown claims and a waiver under California Civil Code § 1542. All Settlement Class Members will be releasing the following entities or persons:**

Defendants Bumble Trading Inc. and Bumble Holding Ltd., as well as all of Bumble Trading Inc.'s and Bumble Holding Ltd.'s current or former directors, officers, members, administrators, agents, insurers, beneficiaries, trustees, employee benefit plans, representatives, servants, employees, attorneys, parents, subsidiaries, divisions, branches, units, shareholders, investors, successors, predecessors, and assigns, and all other individuals and entities acting on Bumble Trading Inc.'s and/or Bumble Holding Ltd.'s behalf, including but not limited to Badoo Trading Limited, Social Online Payments Ltd., Social Online Payments LLC, and Worldwide Vision Ltd.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, but you want to keep the right to sue or continue to sue Bumble, on your own, about the legal issues in this case, then you must take steps to remove yourself from this case. This is called excluding yourself—or is sometimes referred to as opting out of the settlement class.

### 15.   How do I get out of the Settlement?

To exclude yourself from the Settlement, you must submit a completed Opt-Out Form online or send a letter by mail, stating that you want to be excluded from the Settlement in *King et al. v. Bumble Trading, Inc. et al.,* No. 5:18-cv-06868-NC.  You must include your name, your current address and telephone number, the email address and telephone number associated with the Bumble account through which you purchased Bumble Boost, and your signature.  You **cannot** exclude yourself by phone or email. You must either submit the Opt-Out Form online through this website or mail your exclusion request (postmarked) no later than **November 13, 2020** to:

Bumble Boost Settlement
c/o JND Legal Administration
PO Box 91166
Seattle, WA 98111

Your Opt-Out Form or exclusion request may be submitted online or, if mailed, postmarked no later than November 13, 2020.  If you ask to be excluded, you will not get any settlement payment, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Bumble in the future.

### 16.   If I don't exclude myself, can I sue Bumble for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Bumble for the claims that this Settlement resolves. If you have a pending lawsuit, speak to your lawyer in that case immediately. You must exclude yourself from this Settlement to continue your own lawsuit. Remember, the exclusion deadline is November 13, 2020.

| 17.  If I exclude myself, can I get money from this Settlement? |
|---|

No. If you exclude yourself, you cannot submit a claim form to ask for any money. However, you may sue, continue to sue, or be part of a different lawsuit against Bumble.

## THE LAWYERS REPRESENTING YOU

| 18.  Do I have a lawyer in this case? |
|---|

The Court appointed the law firms Parasmo Lieberman Law (424-241-2776) and Parisi & Havens LLP (818-990-1299) to represent you and other Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 19.  How will the lawyers be paid? |
|---|

Class Counsel have not received any payment for their services in pursuing claims against Bumble on behalf of the Settlement Class, nor have they been reimbursed for their out-of-pocket expenses. Class Counsel will ask the Court to approve payment of up to $6,090,104 to them for attorneys' fees and expenses, and payment of $5,000 each to Nick King Jr., Deena Fischer, and Elena Weinberger for their services as Class Representatives. The fees would pay Class Counsel for investigating the facts, litigating the case, and negotiating the Settlement. The Court may award less than these amounts. Any money not awarded from these requests will stay in the Settlement Fund to pay Settlement Class Members.

Bumble has not made any agreement with Class Counsel or the Class Representatives as to the amounts that either will receive for attorneys' fees and expenses or for service awards, respectively.

Class Counsel will file with the Court and post on this Settlement website their request for attorneys' fees and expenses and service awards by October 9, 2020.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

| 20.  How do I tell the Court I do not like the Settlement? |
|---|

If you are a member of the Settlement Class and you do not exclude yourself, you can ask the Court to deny approval by filing an objection.  You must give reasons why you think the Court should not approve the Settlement. The Court will consider your views.  But you cannot ask the Court to order a different settlement - the Court can only approve or reject this Settlement. If the Court denies approval, no settlement payments will be made and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing, and include the following:

1.  A caption or title that identifies it as "Objection to Class Settlement in *King et al. v. Bumble Trading, Inc. et al.,* No. 5:18-cv-06868-NC;"

2. Your full name, mailing address, telephone number; email address; and the email address and telephone number associated with the Bumble account through which you purchased Boost;

3. The full name, address, telephone number, and email address of any attorney representing you with respect to the objection;

4. A statement of whether the objection applies only to you, to a specific subset of the Settlement, or to the entire Nationwide Class and/or California Class; and

5. The specific grounds for the objection, including any legal and factual support and any evidence in support of the objection.

Your written objection must be signed and dated and postmarked no later than November 13, 2020. Mail your objection to the Court at:

Class Action Clerk
United States Courthouse
Northern District of California
280 South 1st Street, Room 2112
San Jose, California 95113

You may also file your objection in person at any location of the United States District Court for the Northern District of California no later than November 13, 2020.

If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. You must file a notice of intention to appear with the Court and list the name, address, and telephone number of the attorney, if any, who will appear on your behalf.

| 21. | What is the difference between objecting and asking to be excluded? |
|---|---|

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to.

| **22.    When and where will the Court decide whether to approve the Settlement?** |
|---|

The Court will hold a Fairness Hearing on December 16, 2020, at 2:00 p.m. via Zoom. The Court will provide access details closer to the date of the hearing.  At this hearing the Court will consider whether the Settlement is fair, reasonable, and adequate, and will consider the request for attorneys' fees and expenses for Class Counsel and the service awards to the Class Representatives. If there are objections, the Court will consider them.  After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

**Note:** The date and time of the fairness hearing may change, but any changes will be posted at the Settlement website here, www.BumbleBoostSettlement.com, and through the Court's Public Access to Court Electronic Records (PACER) system at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/.

| **23.    Do I have to come to the hearing?** |
|---|

No. Class Counsel will answer questions Judge Cousins may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to attend the hearing to talk about it. If you mail your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

| **24.    May I speak at the hearing?** |
|---|

If you do not exclude yourself from the Settlement Class, you may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *King et al. v. Bumble Trading, Inc. et al.,* No. 5:18-cv-06868-NC." Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than November 13, 2020, and be sent to the Clerk of the Court at the address in Question 20.  You cannot speak at the hearing if you excluded yourself.

## IF YOU DO NOTHING

| **25.    What happens if I do nothing at all?** |
|---|

If you do nothing, you will **not** receive money from this Settlement. But, unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Bumble about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

| **26.    Are there more details about the Settlement?** |
| --- |

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement by writing to: Bumble Boost Settlement, c/o JND Legal Administration, P.O. Box 91166, Seattle, WA 98111,  or by the Settlement website here www.BumbleBoostSettlement.com.

| **27.    How do I get more information?** |
| --- |

You can call 1-888-383-0346 toll free; write to Bumble Boost Settlement,  c/o JND Legal Administration, P.O. Box 91166, Seattle, WA 98111; or explore this website, where you will find a claim form, key documents in the case, and other information to help you determine whether you are a Settlement Class Member and whether you are eligible for a payment. You can also contact Class Counsel.

You may access the docket in this case through the Court's PACER system at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays or other Court closures:

1.    Robert F. Peckham Federal Building and United States Courthouse
       280 South 1st Street, San Jose, CA  95113

2.    Phillip Burton Federal Building and United States Courthouse
       450 Golden Gate Avenue, San Francisco, CA  94102

3.    Ronald V. Dellums Federal Building and United States Courthouse
       1301 Clay Street, Oakland, CA  94612

4.    United States Courthouse
       3140 Boeing Avenue, McKinleyville, CA  95519

**PLEASE DO <u>NOT</u> CONTACT THE COURT, THE JUDGE, OR THE DEFENDANTS WITH QUESTIONS ABOUT THE SETTLEMENT OR CLAIMS PROCESS**

# EXHIBIT H

# OPT OUT FORM

*King et al. v. Bumble Trading, Inc. et al., No. 5:18-cv-06868-NC*

## <u>This is NOT a Claim Form.  It EXCLUDES you from this Class Action.</u>

## <u>DO NOT use this form if you wish to remain IN this Class Action.</u>

If you do not wish to participate in this case, you must return this form by one of the methods listed below by **November 13, 2020**.

> **Mail to:**        Bumble Boost Settlement
>                        c/o JND Legal Administration
>                        P.O. Box 91166
>                        Seattle, WA 98111
>
> **Email to:**        info@BumbleBoostSettlement.com

I do not wish to participate as a member of the *King, et al. v. Bumble Trading, Inc., et al.* lawsuit. I understand that by opting out of this class action, I am giving up any right to receive any payments under the settlement of this class action.

| | |
|---|---|
| **Name:** | |
| **Address:** | |
| **Claim Number:**<br>(if you received<br>an email notice or<br>postcard notice) | |

I understand that by signing this from, I will not be represented by class counsel, but must proceed on my own regarding any claim I may have against the defendants in this lawsuit, if I choose.

Signature: _____        Date: _____