UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KING, et al., <br>     Plaintiffs, <br> v. <br> BUMBLE TRADING, INC., et al., <br>     Defendants. | Case No. 18-cv-06868-NC <br><br> **JUDGMENT** |

In accordance with the Court's December 18, 2020, final approval order, the parties' class action settlement agreement is APPROVED as fair, reasonable, and adequate, and the parties are directed to take the necessary steps to effectuate the terms of the settlement agreement.  Additionally, the parties' unopposed motion for attorneys' fees and other expenses is GRANTED IN PART and DENIED IN PART.

The operative third amended class action complaint and all claims asserted in it are DISMISSED with prejudice and without costs to any of the settling parties, except as otherwise provided for in the settlement agreement.  This judgment does not bind the opt-out class members identified in the Court's final approval order.

The Court expressly retains jurisdiction over this case for purposes of enforcing the Court's final approval order and the terms of the settlement agreement.  This retention of jurisdiction does not affect the finality of the Court's judgment.  The clerk is ordered to terminate case No. 18-cv-06868-NC.

Case No.18-cv-06868-NC

**IT IS SO ORDERED.**

Dated:  December 18, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:18-cv-06868-NC              2