David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7119 W. Sunset Blvd., #808
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

*Attorneys for Plaintiffs Nick King Jr,
Deena Fischer and Elena Weinberger, individually
and on behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, ELENA WEINBERGER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE TRADING, INC. AND BUMBLE HOLDING LTD.,<br><br>Defendants. | No. 5:18-cv-06868-NC<br><br>Hon. Nathanael Cousins<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Civ. L.R. 79-5(f) and the Stipulated Protective Order which was entered by
2  the Court on September 6, 2019 (Dkt. 68), Plaintiffs Nick King, Jr., Deena Fischer, and Elena
3  Weinberger, through their undersigned counsel, respectfully file this administrative motion to
4  consider whether another party's materials should be sealed.  At issue for consideration of
5  sealing are the following portions of the document entitled "Post-Distribution Accounting":
6      Page 2, line 10
7      Page 2, line 11
8      Page 2, line 13
9      Page 2, line 14
10     Page 2, line 15
11     Page 2, line 16
12     Page 2, line 17
13     Page 2, line 18
14     Page 2, line 19
15     Page 2, line 23
16     Page 2, line 24
17     Page 2, line 26
18     Certain portions of the above document references information obtained from documents
19 which Defendants Bumble Trading, Inc. and Bumble Holding LTD ("Defendants") designated as
20 confidential.  Under the protective order, Plaintiffs are prohibited from making public any
21 documents or the information contained therein that Defendants have designated as confidential.
22 (Dkt. No. 68, ¶ 3.)
23     Plaintiffs have redacted the portions of the Post-Distribution Accounting pursuant to
24 requests by Defendants and have filed under seal a separate, unredacted version of the document,
25 with this Motion, with the redacted portions highlighted.
26     Plaintiffs make this motion at the request of Defendants pursuant to Local Civil Rule 79-
27 5(f).  In accordance with the local rules, Defendants will identify the specific portions of the
28 documents that they seek to seal and which remaining portions can be filed in a redacted public

version.  Plaintiffs understand that Defendants will also provide in a separate filing, as provided by the local rules, the evidentiary basis for their requests to seal and a proposed order.

Dated: February 24, 2023                By:     /s/David C. Parisi
                                                David C. Parisi

                                        Yitzchak H. Lieberman (SBN 277678)
                                        ylieberman@parasmoliebermanlaw.com
                                        Grace E. Parasmo (SBN 308993)
                                        gparasmo@parasmoliebermanlaw.com
                                        PARASMO LIEBERMAN LAW
                                        7119 W. Sunset Blvd., #808
                                        Los Angeles, CA 90046
                                        Telephone: (917) 657-6857
                                        Facsimile:  (877) 501-3346

                                        David C. Parisi (162248)
                                        Suzanne Havens Beckman (188814)
                                        PARISI & HAVENS LLP
                                        100 Pine Street, Suite 1250
                                        San Francisco, California 94111
                                        (818) 990-1299 (telephone)
                                        (818) 501-7852 (facsimile)
                                        dcparisi@parisihavens.com
                                        shavens@parisihavens.com

                                        Attorneys for Plaintiffs Nick King Jr., Deena Fischer and Elena Weinberger on their own behalf, and on behalf of all others similarly situated