COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
KELSEY R. SPECTOR (321488) (kspector@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
Bumble Trading, Inc. and Bumble Holding Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, ELENA WEINBERGER, and BRIAN WESS, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE TRADING, INC. and BUMBLE HOLDING LTD.,<br><br>Defendants. | Case No. 5:18-cv-06868-NC<br><br>**DECLARATION OF TARIQ SHAUKAT IN SUPPORT OF DEFENDANTS BUMBLE TRADING INC. AND BUMBLE HOLDING LTD.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECL. OF TARIQ SHAUKAT ISO
DEFS' RESPONSE TO PLFS' MOTION
(CASE NO. 5:18-CV-06868-NC)

I, Tariq Shaukat, declare:

1. I am the President of Bumble Trading Inc. (with Bumble Holding Ltd., "Bumble"), where I oversee core strategy, international growth, marketing initiatives, and business operations. I have direct knowledge regarding Bumble's revenues, Boost sales, and monetization strategies sufficient to identify what information could cause competitive harm to Bumble should it be disclosed publicly. I submit this declaration in support of Bumble's Response ("Bumble's Response") to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 136) in connection with the Post Distribution Accounting filed by Plaintiffs on February 24, 2023 (ECF No. 136-3).

2. Bumble's success is due in large part to its ability to monetize its product. The revenues from Boost sales are a critical component of that strategy. Bumble faces significant competition from other companies in the social networking space. Bumble accordingly strives to keep information relating to its revenues, sales, and user base confidential.

3. The Post Distribution Accounting contains highly sensitive, confidential commercial information about the size of Bumble's paying user base and the willingness of Bumble's users to purchase a paid subscription. Bumble and its affiliates go to great lengths to secure this information, and the public disclosure of this information could cause competitive harm to Bumble for the reasons described here. Simply put, Bumble's competitors would love to have insight on these numbers. For example, competitors could piggyback off this confidential business information to determine whether it would be profitable for them to offer similar features to their users. Moreover, a competitor could use information regarding Bumble's nationwide sales and revenues and the number of users willing to purchase a paid subscription to determine whether it could expect sufficient returns to cover its sunk and fixed costs and whether it could undercut Bumble's pricing. Accordingly, public disclosure of the identified information concerning Bumble's paying user base and associated revenues would cause Bumble significant competitive injury, as competitors could use this information to gain an unfair advantage against Bumble.

4. Bumble therefore requests that certain information in the following lines of text in the Post Distribution Accounting be sealed: pages 2:10, 2:11, 2:13, 2:14, 2:15, 2:16, 2:17, 2:18, 2:19,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECL. OF SHAUKAT ISO
DEFS' RESPONSE TO PLFS' MOTION
(CASE NO. 5:18-CV-06868-NC)

1  2:24, 2:26, and 2:27. Specifically, line 2:10 explicitly reveals the number of paying Bumble users in
2  the United States. Similarly, lines 2:11, 2:13, 2:14, 2:15, 2:16, 2:17, 2:18, 2:19, 2:24, 2:26, and 2:27
3  reveal information that a reader could use to calculate the number of paying users in the United States
4  and in California. These redactions are accordingly appropriate to protect Bumble's non-public,
5  confidential, proprietary business information, the public disclosure of which could cause significant
6  harm to Bumble.
7       I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3,
8  2023 in Austin, Texas.

/s/ *Tariq Shaukat*
Tariq Shaukat

282376795

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

DECL. OF SHAUKAT ISO
DEFS' RESPONSE TO PLFS' MOTION
(CASE NO. 5:18-CV-06868-NC)