1  David C. Parisi (SBN 162248)
   dcparisi@parisihavens.com
2  Suzanne Havens Beckman (SBN 188814)
   shavens@parisihavens.com
3  PARISI & HAVENS LLP
4  100 Pine Street, Suite 1250
   San Francisco, CA 94111
5  Telephone: (818) 990-1299
   Facsimile: (818) 501-7852
6

7  Yitzchak H. Lieberman (SBN 277678)
   ylieberman@parasmoliebermanlaw.com
8  Grace E. Parasmo (SBN 308993)
   gparasmo@parasmoliebermanlaw.com
9  PARASMO LIEBERMAN LAW
10 7119 W. Sunset Blvd., #808
   Los Angeles, CA 90046
11 Telephone: (917) 657-6857
   Facsimile: (877) 501-3346
12

13 *Attorneys for Plaintiffs Nick King Jr,*
   *Deena Fischer and Elena Weinberger, individually*
14 *and on behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK KING, JR., DEENA FISCHER, ELENA WEINBERGER, Individually and on behalf of all others similarly situated, | No. 5:18-cv-06868-NC |
| | Hon. Nathanael Cousins |
| Plaintiff, | **ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| BUMBLE TRADING, INC. AND BUMBLE HOLDING LTD., | |
| Defendants. | |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil L.R. 79-5(f), and good cause appearing by the Designating Party as required by Civil L.R. 79-5(f)(3), Plaintiffs' Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the following document shall be sealed in accordance with Civ. L.R. 79-5:

| Document Title | Portions Sealed |
|---|---|
| Post Distribution Accounting | Page 2, line 10 |
| | Page 2, line 11 |
| | Page 2, line 13 |
| | Page 2, line 14 |
| | Page 2, line 15 |
| | Page 2, line 16 |
| | Page 2, line 17 |
| | Page 2, line 18 |
| | Page 2, line 19 |
| | Page 2, line 24 |
| | Page 2, line 26 |
| | Page 2, line 27 |

IT IS SO ORDERED.

Dated: May 4, 2023

Hon. Nathanael M. Cousins
United States Magistrate Judge

